# The United States Court of Federal Claims

May 16, 2006
**No: 01-344 T**

**ROBERT J. and SUSAN L. ISLER,**

***Plaintiffs*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

On May 11, 2006, the court held a telephone status conference the parties. Defendant informed the court that it intended to file a motion pursuant to Rules of Court of Federal Claims 12(b)(1) for partial dismissal of plaintiffs' complaint in *Prati v. United States*, No: 02-60T, and by order of this date, the court has allowed defendant in *Prati* to file its anticipated dispositive motion by June 2, 2006. Defendant filed a similar motion in this matter on December 12, 2005, and in *Scuteri v. United States*, No. 01-358T, on February 3, 2006. Plaintiffs have not yet filed responses to defendant's motions in this matter, or in *Scuteri*.

In consideration of all of the above, it is ORDERED that plaintiffs may file their response briefs in *Isler*, *Prati*, and *Scuteri* no later than **Friday, July 7, 2006**. Thereafter, defendant may file its reply briefs in all three matters no later than **Friday, July 28, 2006**.

s/ Lawrence J. Block
Lawrence J. Block
Judge