IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. ISLER and<br>SUSAN L. ISLER<br>Plaintiffs, | §<br>§<br>§<br>§ | |
| | § | DOCKET NO. 01-344T |
| vs. | § | |
| | § | Judge Block |
| UNITED STATES OF AMERICA<br><br>Defendant. | §<br>§<br>§<br>§ | |

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND**

Pursuant to the Court's order of May 16, 2006, Plaintiffs' response to the United States' motion to dismiss is due July 7, 2006 (but has been calendared as due July 3, 2006 by the Clerk's office). Due to illness of counsel, Plaintiffs respectfully request an enlargement of ten (10 )days, until July 17, 2006, to file their response.

This is the first such request for an enlargement. The request is made, not for the purpose of delay, but so that justice may be done.

Counsel for the United States has represented to counsel for Plaintiffs that the United States is unopposed to the granting of this motion to enlarge.

WHEREFORE, Plaintiffs Robert J. Isler and Susan L. Isler respectfully request an enlargement of time until July 17, 2006, to respond to the United States' motion to dismiss.

Respectfully submitted,

/s/ Thomas E. Redding

Thomas E. Redding, Attorney of Record
REDDING & ASSOCIATES, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 Fax
**Attorney for Jeffrey T. Scuteri**

## CERTIFICATE OF CONFERENCE

On Wednesday, June 28, 2006, counsel for Plaintiff, Teresa J. Womack, corresponded with counsel for the United States, Bart Jeffress, who represented that the United States does not object to the granting of this motion.

/s/ Teresa J. Womack

Teresa J. Womack