**No. 01-344 T**
(Judge Block)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ROBERT J. ISLER AND SUSAN L ISLER,

PLAINTIFFS

VS.

UNITED STATES OF AMERICA,

DEFENDANT

**APPENDIX B TO PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION OF THE UNITED STATES FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINTS AND BRIEF IN SUPPORT**

THOMAS E. REDDING, Lead Counsel
TERESA J. WOMACK
SALLIE W. GLADNEY
REDDING & ASSOCIATES, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
Telephone: (713) 965-9244
Telecopier: (713) 621-5227
Attorneys for Plaintiffs
Robert J. Isler and Susan L. Isler

**No. 01-344 T**
(Judge Block)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ROBERT J. ISLER AND SUSAN L ISLER,

PLAINTIFFS

VS.

UNITED STATES OF AMERICA,

DEFENDANT

**Appendix B to**
**PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION OF THE UNITED STATES FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINTS AND BRIEF IN SUPPORT**

| Exhibit | Document | Bates Pages |
|---|---|---|
| 1 | 1984 Form 1040 tax return for Islers | 1-6 |
| 2 | 1984 Oasis Date Associates ("ODA") Schedule K-1 for Isler | 7-8 |
| 3 | 1984 and 1985 ODA FPAA | 9-17 |
| 4 | Docket Sheet for Case No. 150397-91, Oasis Date Associates v. CIR | 18-25 |
| 5 | IRS Record of Account for Islers for 1984 | 26 |
| 6 | 1984 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Isler for ODA | 27-28 |
| 7 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Isler for ODA | 29-30 |
| 8 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Isler for ODA | 31-32 |
| 9 | 1984 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Dunn for ODA | 33-34 |
| 10 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Dunn for ODA | 35-36 |
| 11 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Dunn for ODA | 37-38 |

| Exhibit | Document | Bates Pages |
|---|---|---|
| 12 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Prati for AVF | 39-42 |
| 13 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Prati for AVF | 43-44 |
| 14 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Prati for CDV | 45-47 |
| 15 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Prati for CDV | 48-49 |
| 16 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Prati for ES85 | 50-52 |
| 17 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Prati for ES 85 | 53-54 |
| 18 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Scuteri for CFG | 55-57 |
| 19 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Scuteri for VARP | 58-60 |
| 20 | IRS Motion for Leave to Treat the Request for Consistent Settlement on Behalf of Burke Martin and Victoria Martin as a Timely Request for Consistent Settlement Under I.R.C. §6224(c)(2) | 61-70 |
| 21 | 1984 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Martin for ODA | 71-72 |
| 22 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Martin for ODA | 73-74 |
| 23 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for Martin for ODA | 75-76 |
| 24 | Notice of Settlement for Dunn filed in Cause No. 15037-91 in the Tax Court | 77-79 |
| 25 | Various Consistent Settlement Motions for Leave filed by the IRS in Various Other AMCOR Partnership Cases Before the Tax Court | 80-91 |
| 26 | Various Notices of Settlement and Consistent Agreement filed by the IRS in Various Other AMCOR Partnership Cases Before the Tax Court | 92-121 |
| 27 | 1984 Form 4549A-CG for Isler | 122-124 |
| 28 | ODA Decision | 125-127 |
| 29 | IRS Cover Letter Transmitting ODA Form 870-P(AD) to Islers | 128 |
| 30 | Sample Form 870-P(AD) | 129-130 |
| 31 | Sample Form 870-L(AD) | 131-133 |
| 32 | Sample Form 906 Closing Agreement | 134-136 |
| 33 | Declaration of Teresa J. Womack | 137-138 |

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

0 Department of the Treasury—Internal Revenue Service

# U.S. Individual Income Tax Return 1984

…ary 1-December 31, 1984, or other tax year beginning , 1984, ending , 19 . OMB No. 1545-0074

| …ur first name and initial (if joint return, also give spouse's name and initial) | Last name | Your social security number |
|---|---|---|
| ROBERT J. & SUSAN L. | ISLER | [redacted] 1814 |
| …esent home address (Number and street, including apartment number, or rural route) | | Spouse's social security number |
| 7 LANDING WOODS LANE | | [redacted] 1592 |
| …ty, town or post office, State, and ZIP code | Your occupation | PHYSICIAN |
| FALMOUTH MAINE 04105 | Spouse's occupation | AT HOME |

…aign ▶ Do you want $1 to go to this fund? ✓ Yes / No
If joint return, does your spouse want $1 to go to this fund? ✓ Yes / No
Note: Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

…s
1 ☐ Single
2 ☑ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ____
4 ☐ Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, write child's name here. ____
5 ☐ Qualifying widow(er) with dependent child (Year spouse died ▶ 19 ). (See page 6 of Instructions.)

6a ☑ Yourself ☐ 65 or over ☐ Blind
b ☑ Spouse ☐ 65 or over ☐ Blind
Enter number of boxes checked on 6a and b ▶ 2

c First names of your dependent children who lived with you [redacted] [redacted]
Enter number of children listed on 6c ▶ 2

d Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,000 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶

e Total number of exemptions claimed (also complete line 36). Add numbers entered in boxes above ▶ 4

| Line | Description | Box | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. | 7 | 158000 |
| 8 | Interest income (also attach Schedule B if over $400) | 8 | 2999 |
| 9a | Dividends (also attach Schedule B if over $400) 155, 9b Exclusion 155 | | |
| c | Subtract line 9b from line 9a and enter the result | 9c | -0- |
| 10 | Refunds of State and local income taxes, from the worksheet on page 9 of Instructions (do not enter an amount unless you itemized deductions for those taxes in an earlier year—see page 9) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | |
| 14 | 40% of capital gain distributions not reported on line 13 (see page 9 of Instructions) | 14 | |
| 15 | Supplemental gains or (losses) (attach Form 4797) | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 | 16 | |
| 17a | Other pensions and annuities, including rollovers. Total received 17a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | <74131> |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20a | Unemployment compensation (insurance). Total received 20a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 20b | |
| 21a | Social security benefits. (see page 10 of Instructions) 21a | | |
| b | Taxable amount, if any, from the worksheet on page 11 of Instructions | 21b | |
| 22 | Other income (state nature and source—see page 11 of Instructions) | 22 | |
| 23 | Add lines 7 through 22. This is your **total income** ▶ | 23 | 86868 |

| Line | Description | Box | Amount |
|---|---|---|---|
| 24 | Moving expense (attach Form 3903 or 3903F) | 24 | |
| 25 | Employee business expenses (attach Form 2106) | 25 | 3961 |
| 26a | IRA deduction, from the worksheet on page 12 | 26a | 2000 |
| b | Enter here IRA payments you made in 1985 that are included in line 26a above ▶ 2000 | | |

COPY

Exhibit 1

B1

| Line | Description | | Amount |
|---|---|---|---|
| 33 | Amount from line 32 (adjusted gross income) | 33 | 80907 |
| 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26 | 34a | 31329 |
| | **Caution:** If you have unearned income and can be claimed as a dependent on your parent's return, check here ▶ ☐ and see page 13 of the Instructions. Also see page 13 if: • You are married filing a separate return and your spouse itemizes deductions, OR • You file Form 4563, OR • You are a dual-status alien. | | |
| 34b | If you do not itemize deductions, and you have charitable contributions, complete the worksheet on page 14. Then enter the allowable part of your contributions here | 34b | |
| 35 | Subtract line 34a or 34b, whichever applies, from line 33 | 35 | 49578 |
| 36 | Multiply $1,000 by the total number of exemptions claimed on Form 1040, line 6e | 36 | 4000 |
| 37 | Taxable Income. Subtract line 36 from line 35. | 37 | 45578 |
| 38 | Tax. Enter tax here and check if from ☑ Tax Table, ☐ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | 38 | 9698 |
| 39 | Additional Taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | 39 | |
| 40 | Add lines 38 and 39. Enter the total ▶ | 40 | 9698 |
| 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | |
| 42 | Credit for the elderly and the permanently and totally disabled *(attach Schedule R)* | 42 | |
| 43 | Residential energy credit *(attach Form 5695)* | 43 | |
| 44 | Partial credit for political contributions for which you have receipts | 44 | 60 |
| 45 | Add lines 41 through 44. These are your total personal credits | 45 | 60 |
| 46 | Subtract line 45 from 40. Enter the result (but not less than zero) | 46 | 9638 |
| 47 | Foreign tax credit *(attach Form 1116)* | 47 | |
| 48 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478 | 48 | |
| 49 | Add lines 47 and 48. These are your total business and other credits | 49 | |
| 50 | Subtract line 49 from 46. Enter the result (but not less than zero). ▶ | 50 | 9638 |
| 51 | Self-employment tax *(attach Schedule SE)* | 51 | |
| 52 | Alternative minimum tax *(attach Form 6251)* | 52 | |
| 53 | Tax from recapture of investment credit *(attach Form 4255)* | 53 | |
| 54 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 54 | |
| 55 | Tax on an IRA *(attach Form 5329)* | 55 | |
| 56 | Add lines 50 through 55. This is your **total tax** ▶ | 56 | 9638 |
| 57 | Federal income tax withheld | 57 | 15640 |
| 58 | 1984 estimated tax payments and amount applied from 1983 return | 58 | |
| 59 | Earned income credit. If line 33 is under $10,000, see page 16 | 59 | |
| 60 | Amount paid with Form 4868 | 60 | |
| 61 | Excess social security tax and RRTA tax withheld (two or more employers) | 61 | |
| 62 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 62 | |
| 63 | Regulated Investment Company credit *(attach Form 2439)* | 63 | |
| 64 | Add lines 57 through 63. These are your **total payments** ▶ | 64 | 15640 |
| 65 | If line 64 is larger than line 56, enter amount **OVERPAID** ▶ | 65 | 6002 |
| 66 | Amount of line 65 to be REFUNDED TO YOU ▶ | 66 | 6002 |
| 67 | Amount of line 65 to be applied to your 1985 estimated tax ▶ | 67 | |
| 68 | If line 56 is larger than line 64, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number and "1984 Form 1040" on it ▶ (Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17 of Instructions.) $ | 68 | |

B2

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

A
))
e Treasury
Service

# Schedule A—Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040).

**1984**
07

n on Form 1040: ISLER

Your social security number: [redacted]-1814

| | | | Line | Amount | Total |
|---|---|---|---|---|---|
| es | 1 | Prescription medicines and drugs; and insulin | 1 | | |
| e | 2 a | Doctors, dentists, nurses, hospitals, insurance premiums you paid for medical and dental care, etc. | 2a | | |
| | b | Transportation and lodging | 2b | | |
| .) | c | Other ▶ | 2c | | |
| | 3 | Add lines 1 through 2c, and write the total here | 3 | | |
| | 4 | Multiply the amount on Form 1040, line 33, by 5% (.05) | 4 | | |
| | 5 | Subtract line 4 from line 3. If zero or less, write -0-. **Total** medical and dental ▶ | 5 | | -0- |
| | 6 | State and local income taxes | 6 | 9045 | |
| | 7 | Real estate taxes | 7 | 3308 | |
| | 8 a | General sales tax (see sales tax tables in instruction booklet) | 8a | 569 | |
| | b | General sales tax on motor vehicles | 8b | 516 | |
| | 9 | Other ▶ excises | 9 | 274 | |
| | 10 | Add the amounts on lines 6 through 9. Write the total here. **Total** taxes ▶ | 10 | | 13712 |
| | 11 a | Home mortgage interest you paid to financial institutions | 11a | 9316 | |
| | b | Home mortgage interest you paid to individuals (show that person's name and address) ▶ | 11b | | |
| | 12 | Total credit card and charge account interest you paid | 12 | 199 | |
| | 13 | Other ▶ Auto Loan | | 403 | |
| | | Personal Loan | | 1329 | |
| | | | 13 | 2515 | |
| | 14 | Add the amounts on lines 11a through 13. Write the total here. **Total** interest ▶ | 14 | | 13762 |
| | 15 a | Cash contributions less than $3,000. | 15a | 4152 | |
| | b | Cash contributions totaling $3,000 or more to any one organization ▶ A/I SC | 15b | 200 | |
| | 16 | Other than cash (attach required statement) | 16 | | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add the amounts on lines 15a through 17. Write the total here. **Total** contributions ▶ | 18 | | 4352 |
| | 19 | Total casualty or theft loss(es). (You must attach Form 4684 or similar statement.) (see page 21 of Instructions) ▶ | 19 | | — |
| s | 20 | Union and professional dues | 20 | | |
| | 21 | Tax return preparation fee | 21 | 375 | |
| | 22 | Other ▶ SD Box | | 18 | |
| | | Business Expenses (Attached) | 22 | 2510 | |

B3

1040) 1984

# Schedule B—Interest and Dividend Income

08 OMB No. 1545-0074

on Form 1040 (Do not enter name and social security number if shown on other side.) Isler

Your social security number [redacted]-1814

If you received more than $400 in interest income, you must complete Part I and list ALL interest received. If you received interest as a nominee for another, or you received or paid accrued interest on securities transferred between interest payment dates, or you received any interest from an All-Savers Certificate, see page 22.

| Interest income | | Amount |
|---|---|---|
| 1 Interest income from seller-financed mortgages. (See Instructions and show name of payer.) ▶ | 1 | |
| 2 Other interest income ▶ | | |
| Maine Savings Bank | | 2662 |
| ✓ ✓ ✓ | | 317 |
| misc. | 2 | 20 |
| 3 Add the amounts on lines 1 and 2. Write the total here and on Form 1040, line 8 ▶ | 3 | 2999 |

If you received more than $400 in gross dividends (including capital gain distributions) and other distributions on stock, or you are electing to exclude qualified reinvested dividends from a public utility, complete Part II. If you received dividends as a nominee for another, see page 22.

| Name of payer | | Amount |
|---|---|---|
| 4 | 4 | |
| 5 Add the amounts on line 4. Write the total here | 5 | |
| 6 Capital gain distributions. Enter here and on line 15, Schedule D.* | 6 | |
| 7 Nontaxable distributions. (See Schedule D Instructions for adjustment to basis.) | 7 | |
| 8 Exclusion of qualified reinvested dividends from a public utility. (See page 23 of Instructions.) | 8 | |
| 9 Add the amounts on lines 6, 7, and 8. Write the total here | 9 | |
| 10 Subtract line 9 from line 5. Write the result here and on Form 1040, line 9a ▶ | 10 | |

B4

*If you received capital gain distributions for the year and you do not need Schedule D to report any other gains or losses, do not file that schedule. Instead, enter 40% of your capital gain distributions on Form 1040, line 14.

If you received more than $400 of interest or dividends, OR if you had a foreign account or were a ... answer both questions in Part III | Yes | No

# WAGES–EMPLOYEE'S DEDUCTIONS

A Part of the Income Tax Return of

Name DR ISLER [redacted]-1814 ______ Identifying Number

FOR THE YEAR 1984

## WAGES, SALARIES, BONUSES, COMMISSIONS

| oyee's Name and Where Employed | Federal Withholding | Total Wages | Social Security | State Withholding | |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| — MILEAGE & | EXPENSES | INCURRED | | AS | A |
| SICIAN TRAVELLING | | BETWEEN | HOSPITALS | | & |
| VICES & TO | CONFERENCES | VITAL | IN THE | PRODUCTION | |
| INCOME & | NON-REIMBURSABLE | | — | | |
| otal | $ | $ | $ | $ | $ |

## EMPLOYEE'S DEDUCTIONS

| MOBILE EXPENSE | % business | Deductions from adjusted gross |
|---|---|---|
| | | $ |
| se | | |
| n (from Schedule) | | |
| ctual auto expense | | $ |

MOBILE EXPENES ON MILAGE BASIS

| | |
|---|---|
| niles at 20½¢ | $ 1406 |
| niles at 11¢ | |
| arking | 300 |
| ate auto expense | $ 1706 |

| OTHER EXPENSES | Deductions from adjusted gross | Itemized Deductions |
|---|---|---|
| Train, bus, plane, cab } MED. | $ | |
| Lodging "away from home" } TRIPS | 2255 | |
| Meals "away from home" | | |
| Tips | | $ |
| Telephone and telegraph | | 240 |
| Laundry | | |
| Special clothes | | |
| Promotion | | |
| MED DUES - LICENSES | | |
| JOURNALS - BOOKS | | 1770 |
| MED MISC. | | 500 |
| Auto expense (actual or alternative) | 1706 | |
| Total expenses | $ 3961 | $ 2510 |
| Less: Reimbursement | — | — |
| U.S. Total | $ 3961 | $ 2510 |
| Adjustment for State | | |
| State Total $ | $ | $ |

B5

## DEPRECIATION ON AUTOMOBILE

| Make of Auto | Date acquired | Cost or other basis | Rate (%) or life (years) | Cost for business portion this year | Business depreciation in prior years | % business use this year | Business depreciation for this year |
|---|---|---|---|---|---|---|---|
| | | $ | | $ | $ | | $ |

/n on Form 1040 (Do not enter name and social security number if shown on other side) ISLER

Your social security number [redacted]-1814

## ıcome or Losses from Partnerships, Estates or Trusts, or S Corporations

ı loss below, and have amounts invested in that activity for which you are not at risk, you may have to file Form 6198. See instructions.

| (a) Name | (b) Check if foreign partnership | (c) Employer identification number | (d) Net loss (see instructions for at-risk limitations) | (e) Net income |
|---|---|---|---|---|
| | | | | |
| OASIS DATE ASSOC. | | 33-0044213 | 35859 | |
| HALL SUMMITTREE ASSOC. | | 75-1919230 | 38272 | |
| | | | | |
| | | | | |
| Add amounts in columns (d) and (e) and write the total(s) here . . . . . . 26 | | | ( 74131 ) | |
| Combine amounts in columns (d) and (e), line 26, and write the net income or (loss) here . . . . 27 | | | | <74131> |
| Deduction for section 179 property (from Form 1065, Schedule K-1). (See Instructions for limitations.) 28 | | | | ( ) |
| Total partnership income or (loss). Combine amounts on lines 27 and 28. Write the total here and include in line 39 below. 29 | | | | <74131> |
| | | | | |
| | | | | |
| | | | | |
| Add amounts in columns (d) and (e) and write the total(s) here . . . . . . 30 | | | ( ) | |
| Total estate or trust income or (loss). Combine amounts in columns (d) and (e), line 30. Write here 31 | | | | |
| | | | | |
| | | | | |
| | | | | |
| Add amounts in columns (d) and (e) and write the total(s) here . . . . . . 32 | | | ( ) | |
| Combine amounts in columns (d) and (e), line 32, and write the net income or (loss) here . . . 33 | | | | |
| Deduction for section 179 property (from Form 1120S, Schedule K-1). (See Instructions for limitations.) 34 | | | | ( ) |
| Total S corporation income or (loss). Combine amounts on lines 33 and 34. Write the total here 35 | | | | |

## Vindfall Profit Tax Summary

| | | |
|---|---|---|
| ·l profit tax credit or refund received in 1984 (see Instructions) . . . . . . . . . . . . . | 36 | |
| l profit tax withheld in 1984 (see Instructions) . . . . . . . . . . . . . . . . . . . | 37 | ( ) |
| e amounts on lines 36 and 37. Write the total here and include in line 39 below . . . . . . . . | 38 | |

## ıummary

| | | | |
|---|---|---|---|
| income or (loss). Combine lines 25, 29, 31, 35, and 38. Write total here and on Form 1040, line 18 ▶ | 39 | | <74131> |
| rs and fishermen: Write your share of GROSS FARMING AND FISHING 1E applicable to Parts I and II. . . . . . . . . . . . . . . . . . . . | 40 | | |

## )epreciation Claimed in Part I.—Complete only if property was placed in service before January 1, 1981. For more space, use a eparate sheet. If you placed any property in service after December 31, 1980, use Form 4562 for all property; do NOT complete Part V.

| Description of property | (b) Date acquired | (c) Cost or other basis | (d) Depreciation allowed or allowable in prior years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| roperty A) . . . . . . . . . . . . . | | | . . . . . . . . . . . . . | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | B6 |
| | | | | | | |
| roperty B) . . . . . . . . . . . . . | | | . . . . . . . . . . . . . | | | |

OASIS DATE ASSOCIATES 128 7520-09 01149 75

Schedule K - 1 (Form 1065)
Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

for calendar year 1984 or fiscal year beginning , and ending

OMB No. 1545-0099

**1984**

Partner's identifying number ▶ [redacted]-1814

Partner's name, address, and ZIP code PARTNER NO 36
ROBERT J. ISLER
18 HUNTS POINT ROAD
CAPE ELIZABETH, ME 04107

Partnership's identifying number ▶ 33-0044213

Partnership's name, address, and ZIP code
OASIS DATE ASSOCIATES
C/O AMERICAN AGRI-CORP
5000 BIRCH ST., STE. 610, EAST TOWER
NEWPORT BEACH
CA 92660

A Is partner a general partner (see page 3 of Instructions for Form 1065)? YES [ ] NO [X]

B Partner's share of liabilities (see page 10 of Instructions for Form 1065):
Nonrecourse $ NA
Other $ 28,151.

C What type of entity is this partner? ▶ INDIVIDUAL

D Enter partner's percentage of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.749200% |
| Loss sharing | % | 0.749200% |
| Ownership of capital | % | 0.749200% |

E IRS Center where partnership filed return ▶ FRESNO, CA

F Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Ordinary income (loss) from line 1 | (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|---|---|---|---|
| | 15,000. | -35,859. | | | | -20,859. |

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) | -35,859. | Sch. E, Part II, col. (d) or (e) |
| | 2 Guaranteed payments | | Sch. E, Part II, column (e) |
| | 3 Dividends qualifying for exclusion | | Sch. B, Part II, line 4 |
| | 4 Net short-term capital gain (loss) | | Sch. D, line 4, col. f. or g. |
| | 5 Net long-term capital gain (loss) | | Sch. D, line 12, col. f. or g. |
| | 6 Net gain (loss) from involuntary conversions due to casualty or theft | | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | 7 Other net gain (loss) under section 1231 | | Form 4797, line 1 |
| | 8 Other | | (Enter on applicable lines of your return) |
| Deductions | 9 Charitable contributions: 50% ..., 30% ..., 20% ... | | See Form 1040 instructions |
| | 10 Expense deduction for recovery property (section 179) | | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | 11 a Payments for partner to an IRA | | See Form 1040 instructions |
| | b Payments for partner to a Keogh Plan (Type of plan ▶ ) | | Form 1040, line 27 |
| | c Payments for partner to Simplified Employee Pension (SEP) | | Form 1040, line 27 |
| | 12 Other | | (Enter on applicable lines of your return) |
| Credits | 13 Jobs credit | | Form 5884 |
| | 14 Credit for alcohol used as fuel | | Form 6478 |
| | 15 Credit for income tax withheld | | See Form 1040 instructions |
| | 16 Other | | (Enter on applicable lines of your return) |
| Self-employment | 17 a Net earnings (loss) from self-employment | | Sch. SE, Part I |
| | b Gross farming or fishing income | | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | c Gross nonfarm income | | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| Tax Preference Items | 18 a Accelerated depreciation on nonrecovery real property or 15-year or 18-year real property | | Form 6251, line 4c |
| | b Accelerated depreciation on leased personal property or leased recovery property other than 15-year or 18-year real property | | Form 6251, line 4d |
| | c Depletion (other than oil and gas) | | Form 6251, line 4i |
| | d (1) Gross income from oil, gas, and geothermal properties | | See Form 6251 instructions |
| | (2) Deductions allocable to oil, gas, and geothermal properties | | See Form 6251 instructions |
| | e (1) Qualified investment income included in line 1 above | 179. | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | (2) Qualified investment expenses included in line 1 above | 36,038. | (See Partner's instructions for Schedule K-1 (Form 1065)) |
| | f Other | | (See Partner's instructions for Schedule K-1 (Form 1065)) |

**For Paperwork Reduction Act Notice, see Form 1065 Instructions.** 95-2396893

Exhibit 2

OASIS DATE ASSOCIATES 128 7520-09 76
33-0044213 01149



| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| Investment Interest | 19 a Interest expense on: | | |
| | (1) Investment debts incurred before 12/17/69 | | Form 4952, line 1 |
| | (2) Investment debts incurred before 9/11/75, but after 12/16/69 | | Form 4952, line 15 |
| | (3) Investment debts incurred after 9/10/75 | | Form 4952, line 5 |
| | b (1) Investment income included in line 1 (not (1) above) | 179. | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | (2) Investment expenses included in line 1 (not (1) above) | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | c (1) Income from "net lease property" included in line 1 (not (1) above) | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | (2) Expenses from "net lease property" included in line 1 (not (1) above) | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| Foreign Taxes | 20 a Type of income | | Form 1116, checkboxes |
| | b Name of foreign country or U.S. possession | | Form 1116, Part I |
| | c Total gross income from sources outside the U.S. (attach schedule) | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | | Form 1116, Part I |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | | Form 1116, Part III |
| | g Other (attach schedule) | | Form 1116, instructions |
| Other | 21 Other items and amounts not included in lines 1 through 20g and 22 and 23 that are required to be reported separately to you | | See Partner's Instructions for Schedule K-1 (Form 1065) |

| Property Eligible for Investment Credit | 22 | | | (b) Amount | (c) |
|---|---|---|---|---|---|
| | Regular Percentage | Unadjusted basis of new recovery property | a 3-Year | | Form 3468, line 1(a) |
| | | | b Other | | Form 3468, line 1(b) |
| | | Unadjusted basis of old recovery property | c 3-Year | | Form 3468, line 1(c) |
| | | | d Other | | Form 3468, line 1(d) |
| | Section 48(q) Election to Reduce Credit (Instead of Adjusting Basis) | Unadjusted basis of new recovery property | e 3-Year | | Form 3468, line 1(e) |
| | | | f Other | | Form 3468, line 1(f) |
| | | Unadjusted basis of old recovery property | g 3-Year | | Form 3468, line 1(g) |
| | | | h Other | | Form 3468, line 1(h) |
| | i Other (see Instructions for Schedule K-1 (Form 1065)) | | | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |

| Property Subject to Recapture of Investment Credit | 23 Properties: | A | B | C | |
|---|---|---|---|---|---|
| | a Description of property (state whether recovery or nonrecovery property: If recovery property, state whether regular percentage method or section 48(q) election used.) | | | | Form 4255, top |
| | b Date placed in service | | | | Form 4255, line 2 |
| | c Cost or other basis | | | | Form 4255, line 3 |
| | d Class of recovery property or original estimated useful life | | | | Form 4255, line 4 |
| | e Date item ceased to be investment credit property | | | | Form 4255, line 8 |

95-2396893