FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY REFER TO:
MS 4550
122096-0032

TAXPAYER(S) NAME(S) AND ADDRESS

Burke and Victoria Martin
4411 Spicewood Springs #1001
Austin, TX 78759-8573

TIN: [redacted]-4878 / [redacted]-4995

NAME OF PARTNERSHIP

Oasis Date Associates

TIN: 33-0044213

TAX YEAR ENDED: 1984

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | |
|---|---|
| SIGNATURE OF TAXPAYER: Burke Martin | DATE: 4-17-00 |
| SIGNATURE OF TAXPAYER: Victoria Martin | DATE: 4-17-00 |
| BY (SIGNATURE AND TITLE) | DATE |

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

CONSISTENT AGREEMENT

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER | SIGNATURE |
|---|---|---|
| | JUN 16 2000 | |
| | OFFICE: So. Calif. Appeals | TITLE: Associate Chief, Appeals |

Exhibit 21

B71

# Settlement Agreement For Partnership Adjustments

| Name of Partnership: OASIS DATE ASSOCIATES<br>Taxpayer Identifying Number: 33-0044213 | Schedule of Adjustments<br>Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1984 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Expenses | 1,714,967 | | |
| Other Deductions | 41,286 | | |
| Interest Expense | 0 | | |
| Total Adjustments To Ordinary Income | 1,756,253 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (3,000,132) | | |
| (2) As Reported | 4,762,115 | | |
| (3) Corrected | 1,761,983 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 23,952 | | |
| (3) Corrected | 23,952 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 23,952 | | |
| (3) Corrected | 23,952 | 0 | 0 |

Remarks

B72

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY
REFER TO:
MS 4550
122096-0032

TAXPAYER(S) NAME(S) AND ADDRESS

Burke and Victoria Martin
4411 Spicewood Springs #1001
Austin, TX 78759-8573

TIN: [redacted]-4878 / [redacted]-4995

NAME OF PARTNERSHIP

Oasis Date Associates

TIN: 33-0044213

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | |
|---|---|
| SIGNATURE OF TAXPAYER *Burke Martin* | DATE *4.17.00* |
| SIGNATURE OF TAXPAYER *Victoria Martin* | DATE *4.17.00* |
| BY (SIGNATURE AND TITLE) | DATE |

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

CONSISTENT AGREEMENT

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

Exhibit 22

| | | |
|---|---|---|
| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER JUN 16 2000 | SIGNATURE |
| | OFFICE So. Calif. Appeals | TITLE Associate Chief, Appeals |

B73

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

| …e of Partnership: OASIS DATE ASSOCIATES<br>Taxpayer Identifying Number: 33–0044213 | Schedule of Adjustments<br>Tax Years(s) Ended | | |
|---|---|---|---|
| **Detail of Adjustments to Ordinary Income** | December 31, 1985 | | |
| Schedule F – Farming Expenses | 0 | | |
| Other Deductions | 0 | | |
| Schedule F – Cost of Goods Sold | 0 | | |
| Total Adjustments To Ordinary Income | 0 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | 0 | | |
| As Reported | 998,848 | | |
| (3) Corrected | 998,848 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 1,108,750 | | |
| (3) Corrected | 1,108,750 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 3,879 | | |
| (3) Corrected | 3,879 | 0 | 0 |
| Other Adjustment: Invest Credit Prop Valuation – Used/Other | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 125,000 | | |
| (3) Corrected | 125,000 | 0 | 0 |

…marks

B74

FORM 870-P(AD)(5-88)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-0032

TAXPAYER(S) NAME(S) AND ADDRESS

Burke and Victoria Martin
4411 Spicewood Springs #1001
Austin, TX 78759-8573

TIN: [redacted]-4878 / [redacted]-4995

NAME OF PARTNERSHIP

Oasis Date Associates

TIN: 33-0044213

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | | |
|---|---|---|
| SIGNATURE OF TAXPAYER | Burke Martin | DATE 4.17.00 |
| SIGNATURE OF TAXPAYER | Victoria Martin | DATE 4.17.00 |
| BY (SIGNATURE AND TITLE) | | DATE |

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

CONSISTENT AGREEMENT

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

Exhibit 23

| | | |
|---|---|---|
| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER: JUN 16 2000 | SIGNATURE |
| | OFFICE: So. Calif. Appeals | TITLE: Associate Chief, Appeals |

B75

# Settlement Agreement For Partnership Adjustments

| ne of Partnership | Schedule of Adjustments | | |
|---|---|---|---|
| OASIS DATE ASSOCIATES | Tax Years(s) Ended | | |
| Taxpayer Identifying Number: 33-0044213 | 12/31/86 | | |
| Detail of Adjustments to Ordinary Income | | | |
| INCOME | 0 | | |
| Total Adjustments To Ordinary Income | | | |
| Other Adjustment: | 0 | 0 | 0 |
| (1) Adjustment | | | |
| ) As Reported | | | |
| (3) Corrected | | | |
| Other Adjustment: | 0 | 0 | 0 |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| Other Adjustment: | 0 | 0 | 0 |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| Remarks | 0 | 0 | 0 |

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.

B76

ORIGINAL

RECEIVED

UNITED STATES TAX COURT

UNITED STATES TAX COURT
FILED
JUL 28 1997

'97 JUL 28 A10:15

UNITED STATES TAX COURT

OASIS DATE ASSOCIATES, EDWARD D. DUNN, JR., AND FRANCES S. DUNN, A Partner Other Than the Tax Matters Partner,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15037-91
Judge Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C) partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Edward D. Dunn, Jr. | 4-10-97 |
| Frances S. Dunn | 4-10-97 |
| Harold G. Blaschke | 4-25-97 |

RECORDED / OFFICE / CAL. / Search / U.S. JUDGE Halpern

Exhibit 24

B77

Belle W. Blaschke 4-25-97
Barry J. Galt 4-28-97

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 24 1997

By: ______________________
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing paper was served by mailing the same on this date in a postage paid wrapper addressed to:

Stuart Evan Seigel
Arnold & Porter
399 Park Avenue
New York, NY 10022-4690

K. Peter Schmidt
Arnold & Porter
555 12th Street, N.W.
Washington, D.C. 20004-1202

Frederick H. Behrens
Tax Matters Partner
52300 Enterprise Way
Coachella, CA 92236

Jerome N. Lentini
3746 E. Sandpiper Dr. #10
Boynton Beach, FL 33436-2340

Daniel Lee Merriman
Offices of Daniel L. Merriman
500-112 Gold tee Lane
Longwood, FL 32779

This is to further certify that the original of the foregoing document was filed with the Tax Court on the date stamped below.

Date: JUL 24 1997

MILES D. FRIEDMAN
Attorney (FM0260)