COPY

UNITED STATES TAX COURT

| | | |
|---|---|---|
| AGRI-CAL VENTURE ASSOCIATES, WILLIAM T. AND CARROLL S. FLOWERS, A Partner Other Than the Tax Matters Partner<br><br>Petitioners,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>Respondent. | ) | Docket No. 12530-90 |

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable year ending November 30, 1986, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Dennis A. Georges | 5-20-97 |
| Anita P. Georges | 5-20-97 |
| Edward John O'Neill, Jr. | 5-16-97 |
| E. W. Plaut | 4-23-97 |
| Herbert L. Watrous | 4-28-97 |

Exhibit 26

B92

| | |
|---|---|
| Eleanor B. Watrous | 4-28-97 |
| Richard A. Levacy | 4-28-97 |
| Janie M. Montgomery | 5-7-97 |
| Charles L. Ottinger, Jr. | 5-8-97 |

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 28 1997

By: ______________________

MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

File Reaf

PETITIONER COPY

UNITED STATES TAX COURT

| | | |
|---|---|---|
| AGRI-CAL VENTURE ASSOCIATES, WILLIAM T. AND CARROLL S. FLOWERS, Partners Other Than the Tax Matters Partner | ) | |
| Petitioners, | ) | |
| v. | ) | Docket No. 12530-90 |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| Respondent. | ) | |

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that James B. Jackson, Jr., who was a party to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b) has entered into a settlement agreement under section 6224(c)(1) on March 10, 1997, with respect to the partnership items for the 1986 partnership taxable year, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the settlement agreement and, pursuant to section 6226(d)(1)(A), James B. Jackson, Jr. is no longer a party to the proceeding.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: APR 10 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

partnership item

ORIGINAL

RECEIVED

UNITED STATES TAX COURT

'97 APR 11 AM 10:14

UNITED STATES TAX COURT
FILED
APR 11 1997

AGRI-VENTURE-1985,
JEANETTE C. THETFORD,
A Partner Other Than
the Tax Matters Partner,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15035-91
Judge Halpern

## NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that James B. Jackson, Jr. who was a party to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b) has entered into a settlement agreement under section 6224(c)(1) on March 10, 1997, with respect to the partnership items for the 1985 partnership taxable year, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the settlement agreement and, pursuant to section 6226(d)(1)(A), James B. Jackson, Jr. is no longer a party to the proceeding.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: APR 10 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

Case 1:01-cv-00844-LB Document 110-9 Filed 07/17/2006 Page 5 of 30

ORIGINAL

RECEIVED
'97 JUL 18

UNITED STATES TAX COURT

UNITED STATES TAX COURT
FILED
JUL 18 1997

AGRI-VENTURE-II,
LLOYD T. AND MARY ANN WHITAKER,
A Partner Other Than
the Tax Matters Partner,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15048-91
Judge Halpern

SERVED
Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Edward L. Atkins | 4-29-97 |
| Harold G. Blaschke | 4-28-97 |
| Belle W. Blaschke | 4-28-97 |
| Herbert G. Haydel | 5-20-97 |

| | |
|---|---|
| Edward John O'Neill, Jr. | 5-16-97 |
| Peter A. Tartikoff | 4-22-97 |
| E. Lisk Wyckoff, Jr. | 4-24-97 |
| Harvey Folks Zimand | 4-23-97 |
| Brian Christaldi | 4-17-97 |
| Frank W. Graziano | 4-28-97 |
| John R. Monson | 4-28-97 |
| Susan B. Monson | 4-28-97 |
| Herbert L. Watrous | 4-22-97 |
| Eleanor B. Watrous | 4-22-97 |

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 15 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

ORIGINAL Jt Report Due 8/ /97

RECEIVED
DOCKET ROOM
'97 JUL 25 A8:11

UNITED STATES TAX COURT

UNITED STATES TAX COURT
FILED
JUL 25 1997

AGRI-VENTURE ASSOCIATES
ROBERT J. DAVID,
A Partner Other Than
the Tax Matters Partner,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15047-91
Judge Halpern

ADM.
RECORDED
SERVICE
CAL.
STAT.
S.T. JUDGE
Halpern
FILES

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Michael A. Surian | 4/25/97 |
| Harold G. Blaschke | 4-28-97 |
| Belle W. Blaschke | 4-28-97 |
| Herbert G. Haydel | 5-20-97 |
| Kuehnle Family Trust | 4-22-97 |

Case 1:01-cv-00344-LB Document 110-9 Filed 07/17/2006 Page 8 of 30

| | |
|---|---|
| Herbet L. Watrous | 4-28-97 |
| Eleanor B. Watrous | 4-28-97 |
| Richard A. Levacy | 4-28-97 |
| Mary Grace Levacy | 4-28-97 |
| Frank Poorman | 5-7-97 |
| Margaret W. Poorman | 5-7-97 |

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 22 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

UNITED STATES TAX COURT

| | | |
|---|---|---|
| AGRI-VENTURE FUND,<br>MUHAMMAD A. AND RIFFAT S. AFRIDI,<br>A Partner Other Than<br>the Tax Matters Partner,<br><br>Petitioner,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 15034-91<br>Judge Halpern |

NOTICE OF CONSISTENT AGREEMENT

THE RESPONDENT NOTIFIES the Court that the partner of the above-caption[e] partnership, listed below, who was a party to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), has entered into a consistent agreement section 6224(c)(2) on the date indicated, with respect to such partner's partnership items for the partnership's 1985 taxable year, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the consistent agreement and, pursuant to section 6226(d)(1)(A), the partner listed below is no longer a party to the proceeding.

Case 1:01-cv-00344-LB Document 110-9 Filed 07/17/2006 Page 10 of 30


**AGRI-VENTURE FUND**
**Docket No. 15034-91**

| Settling Partner | Date of Consistent Agreement |
|---|---|
| Noble Weir Kyle, II | 1-12-98 |

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: 4/15/98

By: [signature]
ERIN M. COLLINS
Special Trial Attorney
Tax Court Bar No. CE0321
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3485

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
ROBERT F. GERAGHTY
Acting Assistant Regional Counsel (LC)

Assigned

ORIGINAL

RECEIVED

UNITED STATES TAX COURT

'97 JUL 21 A9:51

UNITED STATES TAX COURT

UNITED STATES TAX COURT
FILED
JUL 21 1997

| | | |
|---|---|---|
| COACHELLA FRUIT GROWERS, ROBERT A. & JUDITH WOMBACHER, A Partner Other Than the Tax Matters Partner, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent. | ) | Docket No. 12531-90 |

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable year ending November 30, 1986, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Estate of Claude McElwee, Jr, Deceased | 4-22-97 |
| Jane E. McElwee | 4-22-97 |
| Elmer H. Muhlbach | 5-15-97 |
| Bruce M. Attebery | 4-24-97 |
| Frederic Tietz | 4-28-97 |

SERVICE
CS
SAL.
STAT.
T.C. JUDGE
FILED

B102

Case 1:01-cv-00344-LB Document 110-9 Filed 07/17/2006 Page 12 of 30

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 17 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

ORIGINAL

RECEIVED

UNITED STATES TAX COURT

'97 JUL 28 A10:15

UNITED STATES TAX COURT
FILED
JUL 28 1997

CROP ASSOCIATES - 1986, )
GEORGE P. & ANN T. BALLAS, )
A Partner Other Than )
the Tax Matters Partner, )
)
Petitioners, )
)
v. ) Docket No. 12532-90
)
COMMISSIONER OF INTERNAL REVENUE, )
)
Respondent. )

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable year ending November 30, 1986, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| O. Gaynor Janes, II | 4/23/97 |
| Doris Janes | 4-23-97 |
| George P. Ballas | 4-28-97 |
| Ann T. Ballas | 4-28-97 |

B104

Case 1:01-cv-00344-LB Document 110-9 Filed 07/17/2006 Page 14 of 30

STUART L. BROWN
Chief Counsel
Internal Revenue Service

JUL 23 1997

Date: ____________________

By: ____________________
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

PETITIONER COPY

UNITED STATES TAX COURT

| | |
|---|---|
| DIXIE DELANO GROWERS,<br>LANDERS SEVIER, IV, AND<br>PAULA G. SEVIER,<br>Partners Other Than<br>the Tax Matters Partner,<br><br>Petitioners,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>Respondent. | Docket No. 15053-91<br>Judge Halpern |

NOTICE OF CONSISTENT AGREEMENT

THE RESPONDENT NOTIFIES the Court that Landers Sevier, IV and Paula G. Sevier, participating partners in the above-captioned proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into a consistent agreement under section 6224(c)(2), on April 16, 1999, with respect to such partners' partnership items for the partnership taxable years 1984 and 1985, which are the subject of the above-captioned proceeding. The settlement terms are consistent with those contained in the settlement agreement dated July 17, 1997, between the Commissioner and non-participating partners Nassif J. & Gail Barber Cannon, Jr.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date the settlement agreement was executed on behalf of respondent and, pursuant to section 6226(d)(1)(A), Landers Sevier, IV and Paula G. Sevier are no longer parties to the proceeding.

Case 1:01-cv-00344-LB Document 110-9 Filed 07/17/2006 Page 16 of 30

Docket No. 15053-91

Respectfully Submitted,

STUART L. BROWN
Chief Counsel
Internal Revenue Service

By: Alice M. Harbutte

ALICE M. HARBUTTE
Special Trial Attorney, HA0363
District Counsel, IRS
1244 Speer Blvd., Suite 500
Denver, CO 80204
(303) 844-3258

Date: 4-20-99

OF COUNSEL:

MARTHA SULLIVAN
Regional Counsel
Western Region
MARGARET K. HEBERT
Assistant Regional Counsel (LC)
WILLIAM H. QUEALY, JR.
Special Trial Attorney
701 B Street, Suite 901
San Diego, CA 92101
(619) 557-6014

ORIGINAL

RECEIVED

**UNITED STATES TAX COURT**

'97 APR 11

UNITED STATES TAX COURT
FILED
APR 11 1997

**EL RANCHO VINEYARDS,**
**JONATHAN D. PENNI,**
**A Partner Other Than**
**the Tax Matters Partner,**

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

**Docket No. 15049-91**
**Judge Halpern**

**NOTICE OF SETTLEMENT**

THE RESPONDENT NOTIFIES the Court that D.B. Lundy, Sr. who was a party to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b) has entered into a settlement agreement under section 6224(c)(1) on March 12, 1997 with respect to the partnership items for the 1985 partnership taxable year, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the settlement agreement and, pursuant to section 6226(d)(1)(A), D.B. Lundy, Sr. is no longer a party to the proceeding.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: APR 10 1997

By: [signature]

MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

Case 1:01-cv-00344-LB Document 110-9 Filed 07/17/2006 Page 18 of 30

2-10-1981 12:14PM FROM L SEVIER 205 226 9541 P. 1

TOM REDDING (713) 621-5227

3 SHEETS

PETITIONER COPY

FROM THE DESK OF
LANDERS SEVIER, IV

UNITED STATES TAX COURT

| | |
|---|---|
| EMPEROR SEEDLESS-85,<br>LANDERS SEVIER, IV & PAULA G. SEVIER,<br>Partners Other Than<br>the Tax Matters Partner,<br><br>Petitioners,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>Respondent. | Docket No. 15039-91<br>Judge Halpern |

NOTICE OF CONSISTENT SETTLEMENT

THE RESPONDENT NOTIFIES the Court that Charles H. Johnson, who was a participating partner in the above-captioned proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), has entered into a consistent agreement under section 6224(c)(2), on April 5, 1999, with respect to such partner's partnership items for the partnership taxable year 1985, which is the subject of the above-captioned proceeding. The settlement terms are consistent with those contained in the settlement agreement dated July 17, 1997, between the Commissioner and non-participating partners Edward A. & Rebecca C. Monto.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date the the settlement agreement was executed on behalf of respondent and, pursuant to section 6226(d)(1)(A), Charles H. Johnson is no longer a party to the proceeding.

B109

2

Docket No. 15039-91

Respectfully Submitted,

STUART L. BROWN
Chief Counsel
Internal Revenue Service

By: Alice M. Harbutte

ALICE M. HARBUTTE
Attorney, HA0363
District Counsel, IRS
1244 Speer Blvd., Suite 500
Denver, CO 80204
(303) 844-3258

Date: 4/8/99

OF COUNSEL:

MARTHA SULLIVAN
Regional Counsel
Western Region
MARGARET K. HEBERT
Assistant Regional Counsel (LC)
WILLIAM H. QUEALY, JR.
Special Trial Attorney
701 B Street, Suite 901
San Diego, CA 92101
(619) 557-6014



B110

Case 1:01-cv-00344-LB Document 110-9 Filed 07/17/2006 Page 20 of 30

Partnership action

ORIGINAL

RECEIVED

UNITED STATES TAX COURT

'97 APR 11

UNITED STATES TAX COURT FILED APR 11 1997

INDIO DATE ASSOCIATES, HARRY A. SHILLIBEER, A Partner Other Than the Tax Matters Partner,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15042-91
Judge Halpern

## NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that James Lee and Susan Peterson, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b) have entered into a settlement agreement under section 6224(c)(1) on March 10, 1997, with respect to the partnership items for the 1985 partnership taxable year, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the settlement agreement and, pursuant to section 6226(d)(1)(A), James Lee and Susan Peterson are no longer parties to the proceeding.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: APR 10 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

ORIGINAL

RECEIVED

UNITED STATES TAX COURT

'97 JUL 28 A10:15

UNITED STATES TAX COURT

OASIS DATE ASSOCIATES, EDWARD D. DUNN, JR., AND FRANCES S. DUNN,
A Partner Other Than the Tax Matters Partner,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

UNITED STATES TAX COURT
FILED
JUL 28 1997

Docket No. 15037-91
Judge Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), the partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Edward D. Dunn, Jr. | 4-10-97 |
| Frances S. Dunn | 4-10-97 |
| Harold G. Blaschke | 4-25-97 |

Belle W. Blaschke 4-25-97
Barry J. Galt 4-28-97

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 24 1997

By:

MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

ORIGINAL

UNITED STATES TAX COURT

RECEIVED
DOCKET ROOM
'97 JUL 21 A9:34
UNITED STATES
TAX COURT

UNITED STATES TAX COURT
FILED
JUL 21 1997

PECAN DIVERSIFIED GROWERS,
CHARLES L. RIDLEY,
A Partner Other Than
the Tax Matters Partner,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15038-91
Judge Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Clarence B. Taylor | 4-25-97 |
| Janice K. Taylor | 4-25-97 |

APR.
RECORDED
SERVICE
CAL.
STAT.
S.T. JUDGE
FILM

Case 1:01-cv-00344-LB Document 110-9 Filed 07/17/2006 Page 24 of 30

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 18 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

ORIGINAL

UNITED STATES TAX COURT

RECEIVED DOCKET ROOM '97 JUL 21 A9:34 UNITED STATES TAX COURT

UNITED STATES TAX COURT FILED JUL 21 1997

TEXAS FARM VENTURERS,
JERRY H. AND HARBIN J. ANDERSON,
PARTNERS OTHER THAN
THE TAX MATTERS PARTNER,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15058-91
Judge Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding:

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Ronald H. Thrash | 4/18/97 |
| Harold G. Blaschke | 4-28-97 |
| Belle W. Blaschke | 4-28-97 |
| Ronald S. Hickman | 4-25-97 |
| Virginia L. Hickman | 4-25-97 |
| Ronald I. Wilson | 4-25-97 |

ASS. RECORDS SERVICE CAL. STAT. S.T. JUDGE FILES

B116

Case 1:01-cv-00344-LB Document 110-9 Filed 07/17/2006 Page 26 of 30

Katherine A. Wilson 4-25-97

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 18 1997 By: [signature]

MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

Case 1:01-cv-00344-LB Document 110-9 Filed 07/17/2006 Page 27 of 30



PETITIONER COPY

UNITED STATES TAX COURT

| | |
|---|---|
| VISTA AG-REALTY PARTNERS,<br>BHT INVESTMENTS,<br>A Partner Other Than<br>the Tax Matters Partner,<br><br>Petitioner,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>Respondent. | Docket No. 12539-90<br>Judge Halpern |

NOTICE OF CONSISTENT SETTLEMENT

THE RESPONDENT NOTIFIES the Court that Henry W. Spencer a participating partner in the above-captioned proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), has entered into a consistent agreement under section 6224(c)(2), on April 9, 1999, with respect to such partner's partnership items for the partnership taxable year ended November 30, 1986, which is the subject of the above-captioned proceeding. The settlement terms are consistent with those contained in the settlement agreement dated July 17, 1997, between the Commissioner and non-participating partners Robert H. & P. Lorraine Murphy.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date the settlement agreement was executed on behalf of respondent and, pursuant to section 6226(d)(1)(A), Henry W. Spencer is no longer a party to the proceeding.

Case 1:01-cv-00344-LB Document 110-9 Filed 07/17/2006 Page 28 of 30


Docket No. 12539-90

Respectfully Submitted,

STUART L. BROWN
Chief Counsel
Internal Revenue Service

By: [signature]
ALICE M. HARBUTTE
Special Trial Attorney, HA0363
District Counsel, IRS
1244 Speer Blvd., Suite 500
Denver, CO 80204
(303) 844-3258

Date: 4/16/99

OF COUNSEL:

MARTHA SULLIVAN
Regional Counsel
Western Region
MARGARET K. HEBERT
Assistant Regional Counsel (LC)
WILLIAM H. QUEALY, JR.
Special Trial Attorney
701 B Street, Suite 901
San Diego, CA 92101
(619) 557-6014

ORIGINAL

RECEIVED
UNITED STATES TAX COURT

'97 JUL 21 A9:51

UNITED STATES TAX COURT

UNITED STATES TAX COURT
FILED
JUL 21 1997

RICHGROVE GRAPE ASSOCIATES,
CHARLES W. AND MARTHA C. ADAIR,
Partners Other Than
the Tax Matters Partner,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15044-91
Judge Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Donald L. Gambill | 4/10/97 |
| Michael A. Surian | 4/25/97 |

AER.
RECORDED
SERVICE
CAL.
STAT.
T.C. JUDGE
FILES

B120

Case 1:03-cv-02028-FMA Document 43 Filed 02/22/2006 Page 5 of 5

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 17 1997

By: [signature]

MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel