Department of the Treasury - Internal Revenue Service

Income Tax Examination Changes

| ... of Taxpayer | Social Security or Employer Identification Number | Return Form No. |
|---|---|---|
| ... J & SUSAN L ISLER<br>...DING WOODS LANE<br>...OUTH ME 04105-1948 | [redacted]-1814 | 1040 |
| | Person with whom examination changes were discussed | Name and Title |

| ...justments to income | Year End: 12/31/84 | Year End: | Year End: |
|---|---|---|---|
| ...ASIS DATE ASSOC 33-0044213 | $ 13,158 | $ | $ |
| ...l adjustments | 13,158 | | |
| ...ble income per return or as previously adjusted | 45,578 | | |
| ...cted taxable income | 58,736 | | |
| Tax Method | Tax Rate Schedule | | |
| Filing Status | Joint | | |
| | 14,688 | | |
| ...ional taxes | 0 | | |
| ...cted tax liability | 14,688 | | |
| A. POLITICAL CONTRIBUTION | 60 | | |
| ...ts B. | | | |
| C. | | | |
| D. | | | |
| ...e (line 7 less total of lines 8A thru 8D) | 14,628 | | |
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| ...corrected tax liability (line 9 + lines 10A - 10D) | 14,628 | | |
| ...tax shown on return or as previously adjusted | 9,638 | | |
| ...ent to A. Earned Income Credit | 0 | | |
| B. Special Fuels Credit | 0 | | |
| ...ncy -Increase in tax or (Overassessment -Decrease (line 11 less line 12 adjusted by line 13) | 4,990 | | |
| ...ent to prepayment credits | 0 | | |
| ... due or Overpayment (line 14 adjusted by line 15) ...ing interest and penalties) | $ 4,990 | $ | $ |

...al Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or ... is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

... subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the ...x. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period ... has been assessed and remains unpaid.

Exhibit 27

B122

...4.0 (03/15/97)



Form 4549A-CG (Rev. 10-90)

Internal Revenue Service

Income Tax Examination Changes

| J & SUSAN L ISLER | Social Security or Employer Identification Number: [redacted]-1814 | | Return Form No.: 1040 |
|---|---|---|---|
| ...es | Year End: 12/31/84 | Year End: | Year End: |
| | $ | $ | $ |
| ...l penalties | $ 0 | $ | $ |
| ...rpayment attributable to negligence: (1981-1987) ...ddition to the tax of 50 percent of the interest due ...his underpayment will accrue until paid or assessed. | 0 | | |
| ...rpayment attributable to fraud: (1982-1987) ...ddition to the tax of 50 percent of the interest due ...his underpayment will accrue until paid or assessed. | 0 | | |
| ...rpayment attributable to Tax Motivated Transactions: ...interest will accrue and be assessed at 120 percent ...e underpayment rate in accordance with IRC 6621(c). | 4,990 | | |
| ... of Taxes, Penalties, and Interest: | | | |
| ...lance due or Overpayment of taxes (line 16, page 1) | 4,990 | | |
| ...nalties (line 18, page 2) | 0 | | |
| ...terest (IRC 6601) | | | |
| ...T Interest on TMT underpayment | | | |
| ...ount due or refund (sum of lines A, B, C, and D) ...e E does not include interest. | $ 4,990 | $ | $ |

...ormation:

...e adjusted your return in accordance with the partnership return, which ...s also been examined.

B123

| Signature: Perreault | District: BROOKHAVEN | Date: 08/28/97 |
|---|---|---|

...1.0 (03/15/97)



Form 4549A-CG (Rev. 10-90)

--- 80, 14 Schedule 1
08/28/97

1984 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTIONS

is determined that part of the underpayment of tax is attributable to motivated transactions as defined under Section 6621(c) of the Internal enue Code. Consequently, the annual rate of interest accruing after ember 31, 1984 will be 120% of the adjusted rate established under tion 6621(b) on any substantial underpayment attributable to tax vated transactions. Interest applying to the amount on line 5 below be computed and assessed at 120%.

| | |
|---|---|
| Adjusted corrected tax, Form 4549, lines 11 and 13 | 14,628 |
| Total corrected tax liability without regard to tax motivated transactions | 9,638 |
| Line 1 less line 2 - underpayment attributable to tax motivated transactions (zero if not over $1,000) | 4,990 |
| Tax Deficiency, Form 4549, line 14 | 4,990 |
| Lesser of line 3 or line 4 - amount to which Section 6621(c) applies | 4,990 |

1984 ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| OASIS DATE ASSOC 33-0044213 | 13,158 |

B124

assigned Halpern

UNITED STATES TAX COURT

| | | |
|---|---|---|
| OASIS DATE ASSOCIATES, FREDERICK H. BEHRENS, Tax Matters Partner, Petitioner, | ) | |
| v. | ) | Docket No. 15037-91 Judge Halpern |
| COMMISSIONER OF INTERNAL REVENUE, Respondent. | ) | |

ADM. / KM / KM / CAL. / STAT. / S.T. JUDGE / Halpern / FILES

**DECISION**

Pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure and Respondent's Motion for Entry of Decision, it is

ORDERED AND DECIDED: That the following statement shows the adjustments to the partnership items of Oasis Date Associates for the taxable years 1984 and 1985, as set forth below:

**1984 Year**

**ADJUSTMENTS TO ORDINARY INCOME:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Farming Expense Schedule F | $4,696,859.00 | $2,684,433.00 |
| Other Deductions | $ 113,071.00 | $ 113,071.00 |
| Interest Expense not related to Schedule F activity | $ 288.00 | $ 288.00 |
| Capital Contributed during the year | $1,982,000.00 | $1,982,000.00 |
| Liabilities | $3,757,554.00 | $ 791,840.00 |

**TAX PREFERENCE ITEMS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Qualified Investment Income | $ 23,952.00 | $ 23,952.00 |
| Qualified Investment Expense | $4,762,115.00 | $1,190,529.00 |

Exhibit 28

B125

SERVED JUL 19 2001

**OTHER ADJUSTMENTS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Investment Interest Investment Income | $ 23,952.00 | $ 23,952.00 |

**1985 Year**

**ADJUSTMENTS TO ORDINARY INCOME:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Farming Expense Schedule F | $ 905,590.00 | $ 905,590.00 |
| Cost of Goods Sold Schedule F | $4,696,859.00 | $4,696,859.00 |
| Other Deductions | $ 103,346.00 | $ 103,346.00 |

**TAX PREFERENCE ITEMS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Qualified Investment Income | $1,108,750.00 | $1,108,750.00 |
| Qualified Investment Expense | $ 998,848.00 | $ 998,848.00 |

**OTHER ADJUSTMENTS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Investment Interest Investment Income | $ 3,879.00 | $ 3,879.00 |
| Investment Credit Property, Used | $ 125,000.00 | $ 125,000.00 |

That the adjustments to partnership income and expense for the 1984 taxable year are attributable to transactions which lacked economic substance, as described in former I.R.C. § 6621(c)(3)(A)(v), so as to result in a substantial distortion of income and expense, as described in I.R.C. § 6621(c)(3)(A)(iv), when computed under the partnership's cash receipts and disbursements method of accounting;

That liabilities in the amount of $2,965,714 lack economic substance; and

That the assessment of any deficiencies in income tax that are attributable to the adjustments to partnership items for the years 1984 and 1985 are not barred by the provisions of I.R.C. § 6229.

James S. Halpern RF
Judge

Entered: JUL 19 2001

PO BOX 9941 MAIL STOP 4550
OGDEN, UT 84409

Date: 12-20-96
Refer to:
MS 4550
122096-0004

ROBERT J & SUSAN L ISLER
7 LANDING WOODS LN
FALMOUTH ME 04105-1948071

Taxpayer Identifying Number:
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

Partnership:
OASIS DATE ASSOCIATES
Taxpayer Identifying Number:
33-0044213
Docket Number: 15037-91
Tax Year Ended: 1984
IRS Contact Person:
NERY WILLIAMS
Contact Telephone Number:
(801)629-1048

Dear Partner:

We have completed settlement negotiations on the partnership shown above. This case is docketed before the United States Tax Court. You have 30 days from the date of this letter to accept the settlement.

The settlement is shown on the schedule of adjustments of the enclosed Form 870-P(AD). Generally, you can determine how the adjustments will affect your individual return by multiplying the adjustment to each partnership item by your interest in that item.

If you agree to these adjustments, sign the agreement form and return it with the schedule of adjustments within 30 days from the date of this letter.

This is a binding settlement only if you sign the Form 870-P(AD) and return it to us and we sign on behalf of the Commissioner. When we sign the agreement form, the one-year period of limitations on assessments will begin under Internal Revenue Code section 6229(f). The service center will send you a report showing the tax computation. Later, we will send you a bill for any amounts that you owe.

If you don't sign the agreement form, the partnership proceeding will go forward to trial.

If you have any questions regarding this settlement, you may call the IRS contact person shown above. You may also write to the following partnership contact person:

FRED H. BEHRENS
52300 ENTERPRISE WAY
COACHELLA CA 92236

Sincerely,

DEBORAH S. DECKER

DIRECTOR, SERVICE CENTER

Enclosures:
FORM 870-P(AD) with
schedule of adjustments
Copy of this letter

Exhibit 29

B128

Letter 2606(RO/CG) (10-92)

Form **870-P(AD)**
(June 1988)

Department of the Treasury — Internal Revenue Service

**Settlement Agreement For Partnership Adjustments**

| Taxpayer(s) name(s), address, and zip code | Name of Partnership | Tax Year(s) Ended |
|---|---|---|
| | Taxpayer Identifying Number: | |
| Taxpayer Identifying Number: | Name of Tax Matters Partner | |

Under the provisions of section 6224(c) of the Internal Revenue Code, the undersigned offers to enter into a settlement agreement with respect to the determination of partnership items of the partnership for the year(s) shown on the attached schedule of adjustments. The undersigned, in accordance with the provisions of section 6224(b) of the Code, also offers to waive the restrictions on the assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This offer is subject to acceptance for the Commissioner of the Internal Revenue Service. It will take effect as a waiver of restrictions on the date it is accepted. Unless and until it is accepted, it will have no force or effect.

If this offer is accepted for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

| | |
|---|---|
| Signature of taxpayer | Date |
| Signature of taxpayer | Date |
| By (Signature and title) | Date |

If this offer is executed by a tax matters partner, please include title with the signature.

**Note:** The execution and filing of this offer will expedite the adjustment of tax liability.

If this offer is executed with respect to a year for which a JOINT RETURN OF A HUSBAND AND WIFE was filed, it must be signed by both spouses, unless one spouse, acting under a power of attorney, signs as agent for the other.

If a taxpayer is a corporation, the offer must be signed with the corporate name followed by the signature and title of the officer authorized to sign.

This offer may be executed by the taxpayer's attorney or agent provided this action is specifically authorized by a power of attorney, which, if not previously filed, must accompany this form.

The submission of this offer by you and the acceptance of the offer for the Commissioner may result in an additional tax liability to you plus interest as provided by law. If the result is a decrease in tax, the amount of the decrease will be sent to you with interest as provided by law.

| | | |
|---|---|---|
| **For Internal Revenue Use Only** | Date accepted for Commissioner | Signature |
| | Office | Title |

Exhibit 30

B129

ISA
STF FED1560F.1

**(AD)** (6-88)

Department of the Treasury — Internal Revenue Service

**Settlement Agreement For Partnership Adjustments**

**Schedule of Adjustments**

| ..ame of Partnership<br>Taxpayer Identifying Number: | Tax Year(s) Ended | | |
|---|---|---|---|
| Detail of Adjustments To Ordinary Income | | | |
| Total Adjustments To Ordinary Income | | | |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks

B130

| Form **870-L (AD)** (March 1993) | Department of the Treasury — Internal Revenue Service<br>**Settlement Agreement for Partnership Adjustments and Affected Items**<br>*(See instructions)* | |
|---|---|---|
| Taxpayer(s) name(s), address, and zip code<br><br>Taxpayer Identifying Number: | Name of Partnership<br><br>Taxpayer Identifying Number:<br>Name of Partnership Contact Person | Tax Year(s) Ended |

**Part I: Offer of Settlement of Partnership Items**

Under the provisions of section 6224(c) of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partnership items as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with section 6224(b), also waives the restrictions on assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment of partnership items or for a refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

| | |
|---|---|
| Signature of taxpayer | Date |
| Signature of taxpayer | Date |
| By (Signature and title) | Date |

**Part II: Offer of Settlement of Affected Items**

Under the provisions of sections 6224(c) and 7121 of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partner level determinations (affected items). These items:

(1) limit the amount of partnership item deductions or credits at the partner level pursuant to sections 704(d), 465 or 469 of the Code, as set forth in the attached schedule of adjustments, and/or

(2) are additions to tax, and interest under section 6621(c) of the Code, as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with sections 6224(b) and 6213(d), also waives the restrictions provided by sections 6230(a) and 6213(a) of the Code and consents to the assessment and collection of tax attributable to the application of sections 704(d), 465 or 469 of the Code, and any additions to tax, and interest under section 6621(c), as set forth in the attached schedule of adjustments; plus any interest provided by law.

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of the specified affected items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment to these affected items or for a refund or credit based on any change in the treatment of these affected items may be filed or prosecuted.

This agreement with respect to affected items is not subject to a request for consistent settlement pursuant to section 6224(c)(2).

| | |
|---|---|
| Signature of taxpayer | Date |
| Signature of taxpayer | Date |
| By (Signature and title) | Date |

**For Internal Revenue Use Only**

| | |
|---|---|
| Date accepted for Commissioner | Signature |
| Office | Title |

Exhibit 31

B 131

ISA
STF FED1656F.1

Form **870-L (AD)** (Rev. 3-93)

**Instructions for signing the settlement agreement:**

1. Sign Part I (Offer of Settlement of Partnership Items) to settle the partnership items as shown on the attached schedule of adjustments.
2. Sign Part II (Offer of Settlement of Affected Items) to settle the items that require partner level determinations (affected items). These items are also shown on the attached schedule of adjustments.

   If you don't sign Part II, we will mail you one of the following:

   - An affected item report showing the adjustments to your return. You can agree to the affected items at that time or request further Appeals consideration. The report will explain how to do this.
   - A notice of deficiency which tells you how to file a petition to the United States Tax Court.
3. The settlement of the partnership items in Part I will remain the same whether or not you sign Part II.
4. If a JOINT RETURN OF A HUSBAND AND WIFE was filed, both spouses must sign, unless one spouse, acting under a power of attorney, signs as agent for the other.
5. If you are a corporation, the officer authorized to sign must sign with the corporate name followed by his or her signature and title.
6. Your attorney or agent may sign either Part I or Part II provided we have received a power of attorney, which if not previously filed, must accompany this form.

B 132

Department of the Treasury — Internal Revenue Service

## Settlement Agreement for Partnership Adjustments and Affected Items

**Schedule of Adjustments**

| Name of Partnership<br>Taxpayer Identifying Number: | Tax Year(s) Ended | | |
|---|---|---|---|
| Detail of Adjustments to Ordinary Income | | | |
| Total Adjustments to Ordinary Income | | | |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks

B133

Form **906**
(Rev. August 1994)

Department of the Treasury—Internal Revenue Service

# Closing Agreement On Final Determination Covering Specific Matters

Under section 7121 of the Internal Revenue Code ______________________________

______________________________
(Taxpayer's name, address, and identifying number)
______________________________

and the Commissioner of Internal Revenue make the following closing agreement:

SAMPLE

Exhibit 32

I have examined the specific matters involved and recommend the acceptance of the proposed agreement.

(Receiving Officer) (Date)

(Title)

I have reviewed the specific matters involved and recommend approval of the proposed agreement.

(Reviewing Officer) (Date)

(Title)

SAMPLE

Form **906** (Rev. 8-94)

B135

STF FED1663F.3

This agreement is final and conclusive except:

*(1)* the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;
*(2)* it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions (including any stated exception for Code section 7122) notwithstanding any other law or rule of law; and
*(3)* if it relates to a tax period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

**By signing, the above parties certify that they have read and agreed to the terms of this document.**

Your signature ____________________ Date Signed __________

Spouse's signature (if a joint return was filed) ____________________ Date Signed __________

Taxpayer's representative ____________________ Date Signed __________

Taxpayer (other than individual) ____________________

By ____________________ Date Signed __________

Title ____________________

Commissioner of Internal Revenue

By ____________________ Date Signed __________

Title ____________________

SAMPLE

**No. 01-344 T**
(Judge Block)

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

ROBERT J. ISLER AND SUSAN L ISLER,

PLAINTIFFS

VS.

UNITED STATES OF AMERICA,

DEFENDANT

**DECLARATION OF TERESA J. WOMACK**

I declare under penalty of perjury that the Exhibits attached as Appendix B to Plaintiff's Response in Opposition to the Motion of the United States for Partial Dismissal of Plaintiffs' Complaints and Brief in Support are true and correct copies of documents maintained by Redding & Associates in its AMCOR related litigation files. These documents were all obtained from one of the following sources: the United States Tax Court, the Internal Revenue Service, the various partners of the respective AMCOR partnerships identified in the respective documents, and the partnerships themselves.

Moreover, the government's assertion that the settlements were partial and did not comprehensively address all partnership items was first raised in its motion to dismiss and discovery has not been conducted with regard to that issue. Not only were the settlement comprehensive as a matter of law, but the evidence before the Court establishes that the settlements were comprehensive and settled all partnership items. Should theCourt reach this issue and not be persuaded by the evidence

presented in this response, then plaintiffs request that the Court not enter judgment but grant additional time for discovery pursuant to RCRC 12(b) and 56(f).

July 17, 2006

Teresa J. Womack