No. 01-344 T
(Judge Lawrence J. Block)

---

***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

ROBERT J. ISLER and SUSAN L. ISLER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

APPENDIX TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINT

EILEEN J. O'CONNOR
Assistant Attorney General

STEVEN I. FRAHM
BART D. JEFFRESS
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (facsimile)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-344 T
(Judge Lawrence J. Block)

ROBERT J. ISLER and SUSAN L. ISLER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

INDEX TO APPENDIX

Exhibit 1: Excerpt from United States' Appellate Brief in *Weiner*

Exhibit 2: Motion for Entry of Decision in *Oasis Date Associates*