IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. ISLER and<br>SUSAN L. ISLER<br>Plaintiffs, | §<br>§<br>§<br>§<br>§ | |
| vs. | §<br>§<br>§ | DOCKET NO. 01-344T<br>Judge Block |
| UNITED STATES OF AMERICA<br><br>Defendant. | §<br>§<br>§ | |

## PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND

Plaintiffs Robert J. Isler and Susan L. Isler respectfully move for leave to file their response to the United States' supplement to its motion to dismiss pursuant to Rule 12(b)(1) and for cause would respectfully show the Court as follows:

The United States filed its supplement to its motion to dismiss with leave of the Court on October 3, 2006. Plaintiffs' response is due October 30, 2006.

Plaintiffs respectfully request a seven day enlargement of time until November 6, 2006, to file their response. The delay is due to illness of counsel.

Counsel for the United States has represented that the government is unopposed to the granting of this motion to enlarge.

WHEREFORE, Plaintiffs Robert J. Isler and Susan L. Isler respectfully request an enlargement of seven days until November 6, 2006, to file their response to the United States' supplement to its motion to dismiss pursuant to Rule 12(b)(1).

Respectfully,

/e/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 1661300
Redding & Associates, P.C.
2914 W. T. C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
**ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL FOR PLAINTIFFS**:
Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T. C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

**CERTIFICATE OF CONFERENCE**

On October 30, 2004, I spoke with counsel for the United States, Bart Jeffress, who represented to me that the Untied States is unopposed to the granting of this motion.

Teresa J. Womack