IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. ISLER and | § | |
| SUSAN L. ISLER | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | DOCKET NO. 01-344T |
| | § | Judge Block |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO UNITED STATES' SUPPLEMENT TO MOTION TO DISMISS**

Plaintiffs Robert TIsler and Susan L. Isler move for leave to file their response to the United States' supplement to their motion to dismiss and for cause would show as follows:

Plaintiffs' response was due to be filed November 10, 2006. The Court has granted one prior motion to enlarge the time for filing this response to November 6, 2006, but not ruled on a second motion to enlarge the time for filing until November 10, 2006. The delay in filing this response has been due to counsel's illness and illness in counsel's family that has kept counsel out of the office for an extended time.

Counsel for the United States has represented to counsel for Plaintiffs that the United States is unopposed to the granting of this motion.

WHEREFORE, Plaintiffs respectfully request leave to file the attached response to the United States' motion to dismiss their §6621(c) claims and pray that the Court grant this motion.

Respectfully submitted,

/s/Thomas E. Redding

Thomas E. Redding, Attorney of Record
Teresa J. Womack
Sallie W. Gladney
REDDING & ASSOCIATES, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244 / (713) 621-5227 Fax
**ATTORNEYS FOR PLAINTIFFS**