Internal Revenue Service Department of the Treasury
District Director

Date:
[illegible]

Form Number: 1040
Tax Year Ended:
December 31, 1984
Person to Contact:
Alan M Perreault
Telephone Number:
(516) 654-6963
Refer Reply to:
STOP 632

ROBERT J & SUSAN L ISLER
7 LANDING WOODS LANE
FALMOUTH ME 04105-1948

Dear Taxpayer:

Enclosed is Form 4549-A explaining how the adjustments made during our examination of the above return affect your individual income tax return. The Form 4549-A does not require any signatures and should not be returned to us, but should be kept for your records.

If you owe additional tax, you will receive a bill for the additional tax and interest. If penalties are applicable because of the adjustments made during our examination, a separate report will be mailed to you. If you are due a refund, it will be sent to you within 6 to 8 weeks.

If you have any questions about this matter, please write to the person whose name is shown at the top of this letter, or you may call that person at the telephone number shown. If the number is outside your local calling area, there will be a long-distance charge to you. If you prefer, you may call the IRS telephone number listed in your local directory. An employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

If you write to us, please provide your telephone number and the most convenient time for us to call you in case we need more information. Attach this letter to any correspondence to help us identify your case. Keep the copy for your records.

Thank you for your cooperation.

Sincerely,

Jerry Berger

JERRY BERGER
CHIEF, EXAMINATION BRANCH

Enclosures:
Form 4549-A
~~Copy of this letter~~

EXHIBIT "A"

Letter 2083(SC)(3-86)

In... Tax Examination Changes

| ...of Taxpayer | Social Security or Employer Identification Number | | Return Form No. |
|---|---|---|---|
| ...J & SUSAN L ISLER<br>...DING WOODS LANE<br>...OUTH ME 04105-1948 | 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 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| ...djustments to income | Year End: 12/31/84 | Year End: | Year End: |
|---|---|---|---|
| ...OASIS DATE ASSOC 33-0044213 | $ 13,158 | $ | $ |
| ...tal adjustments | 13,158 | | |
| ...xable income per return or as previously adjusted | 45,578 | | |
| ...rrected taxable income | 58,736 | | |
| Tax Method | Tax Rate Schedule | | |
| Filing Status | Joint | | |
| ...x | 14,688 | | |
| ...ditional taxes | 0 | | |
| ...rrected tax liability | 14,688 | | |
| ...ss A. POLITICAL CONTRIBUTION | 60 | | |
| ...edits B. | | | |
| C. | | | |
| D. | | | |
| ...lance (line 7 less total of lines 8A thru 8D) | 14,628 | | |
| ...us A. | | | |
| ...her B. | | | |
| ...xes C. | | | |
| D. | | | |
| ...tal corrected tax liability (line 9 + lines 10A - 10D) | 14,628 | | |
| ...al tax shown on return or as previously adjusted | 9,638 | | |
| ...ustment to A. Earned Income Credit | 0 | | |
| B. Special Fuels Credit | 0 | | |
| ...iciency -Increase in tax or (Overassessment -Decrease tax) (line 11 less line 12 adjusted by line 13) | 4,990 | | |
| ...ustment to prepayment credits | 0 | | |
| ...lance due or Overpayment (line 14 adjusted by line 15) (excluding interest and penalties) | $ 4,990 | $ | $ |

...nternal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or ...ses, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

...y be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the ...ed tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period ...e tax has been assessed and remains unpaid.

...AR V14.0 (03/15/97)



Form 4549A-CG (Rev. 10-90)

Income Tax Examination Changes

| J & SUSAN L ISLER | Social Security or Employer Identification Number 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 | | Return Form No. 1040 |
|---|---|---|---|
| ...ues | Year End: 12/31/84 | Year End: | Year End: |
| | $ | $ | $ |
| ...otal penalties | $ 0 | $ | $ |
| ...nderpayment attributable to negligence: (1981-1987) ...n addition to the tax of 50 percent of the interest due ...n this underpayment will accrue until paid or assessed. | 0 | | |
| ...nderpayment attributable to fraud: (1982-1987) ...n addition to the tax of 50 percent of the interest due ...n this underpayment will accrue until paid or assessed. | 0 | | |
| ...nderpayment attributable to Tax Motivated Transactions: ...MT interest will accrue and be assessed at 120 percent ...f the underpayment rate in accordance with IRC 6621(c). | 4,990 | | |
| ...ary of Taxes, Penalties, and Interest: | | | |
| Balance due or Overpayment of taxes (line 16, page 1) | 4,990 | | |
| Penalties (line 18, page 2) | 0 | | |
| Interest (IRC 6601) | | | |
| TMT Interest on TMT underpayment | | | |
| Amount due or refund (sum of lines A, B, C, and D) | $ 4,990 | $ | $ |

Line E does not include interest.

Information:

We adjusted your return in accordance with the partnership return, which has also been examined.

| ...er's Signature [signature] ...n M Perreault | District BROOKHAVEN | Date 08/28/97 |
|---|---|---|

...AR V14.0 (03/15/97)



Form 4549A-CG (Rev. 10-90)

1984 – EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTIONS

. is determined that part of the underpayment of tax is attributable to ax motivated transactions as defined under Section 6621(c) of the Internal evenue Code. Consequently, the annual rate of interest accruing after ecember 31, 1984 will be 120% of the adjusted rate established under ection 6621(b) on any substantial underpayment attributable to tax otivated transactions. Interest applying to the amount on line 5 below ll be computed and assessed at 120%.

| | |
|---|---|
| . Adjusted corrected tax, Form 4549, lines 11 and 13 | 14,628 |
| . Total corrected tax liability without regard to tax motivated transactions | 9,638 |
| . Line 1 less line 2 – underpayment attributable to tax motivated transactions (zero if not over $1,000) | 4,990 |
| . Tax Deficiency, Form 4549, line 14 | 4,990 |
| . Lesser of line 3 or line 4 – amount to which Section 6621(c) applies | 4,990 |

1984 ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

OASIS DATE ASSOC 33-0044213 13,158

PPID 7640814086 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
AGE NO-0001 IRS EMPLOYEE 764081408

DATE REQUESTED 10-07-1998 PRINT DATE 10-07-199

FORM NUMBER: 1040 TAX PERIOD: DEC 198

TAXPAYER IDENTIFICATION NUMBER: 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
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

ROBERT J & SUSAN L ISLER
7 LANDING WOODS LN
FALMOUTH ME 04105-1948-071

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 12-22-1997 |
| ACCRUED PENALTY: | 0.00 | AS OF 12-22-1997 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: 04 **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME: 94,065.00
** TAXABLE INCOME: 58,736.00
TAX PER RETURN: 9,638.00 PRINCIPAL INDUSTRY ACTIVITY CODE:

** PER RETURN OR AS ADJUSTED

04-15-1985 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
05-06-1985 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 05-06-1985 | 9,638.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1985 | 15,640.00- |
| 846 | REFUND OF OVERPAYMENT | 05-06-1985 | 6,002.00 |
| 640 | ADVANCE PAYMENT OF EXAMINATION DEFICIENCY CASH BOND PAYMENT | 11-22-1995 | 16,717.00- |
| 340 | INTEREST ASSESSMENT | 09-29-1997 | 11,682.06 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 09-29-1997 | 4,990.00 |
| 160 | LATE FILING PENALTY | 11-10-1997 | 0.00 |
| 340 | INTEREST ASSESSMENT | 11-10-1997 | 0.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 11-10-1997 | 0.00 |
| 846 | REFUND OF OVERPAYMENT | 11-10-1997 | 44.94 |

EXHIBIT "B"

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Tax | 04-15-85 | 4,990.00 | 4,990.00 |
| Interest Computation Date | 11-22-95 | | 13,738.32 |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Tax | 04-15-85 | | 4,990.00 | | 4,990.00 |
| Interest | 06-30-85 | 13.00 | 4,990.00 | 136.89 | 5,126.89 |
| Interest | 12-31-85 | 11.00 | 5,126.89 | 292.28 | 5,419.17 |
| Interest | 06-30-86 | 10.00 | 5,419.17 | 275.47 | 5,694.64 |
| Interest | 12-31-86 | 9.00 | 5,694.64 | 264.28 | 5,958.92 |
| Interest | 03-31-87 | 9.00 | 5,958.92 | 133.70 | 6,092.62 |
| Interest | 06-30-87 | 9.00 | 6,092.62 | 138.24 | 6,230.86 |
| Interest | 09-30-87 | 9.00 | 6,230.86 | 142.94 | 6,373.80 |
| Interest | 12-31-87 | 10.00 | 6,373.80 | 162.67 | 6,536.47 |
| Interest | 03-31-88 | 11.00 | 6,536.47 | 181.21 | 6,717.68 |
| Interest | 06-30-88 | 10.00 | 6,717.68 | 169.09 | 6,886.77 |
| Interest | 09-30-88 | 10.00 | 6,886.77 | 175.28 | 7,062.05 |
| Interest | 12-31-88 | 11.00 | 7,062.05 | 197.96 | 7,260.01 |
| Interest | 03-31-89 | 11.00 | 7,260.01 | 199.58 | 7,459.59 |
| Interest | 06-30-89 | 12.00 | 7,459.59 | 226.51 | 7,686.10 |
| Interest | 09-30-89 | 12.00 | 7,686.10 | 235.99 | 7,922.09 |
| Interest | 12-31-89 | 11.00 | 7,922.09 | 222.69 | 8,144.78 |
| Interest | 03-31-90 | 11.00 | 8,144.78 | 223.90 | 8,368.68 |
| Interest | 06-30-90 | 11.00 | 8,368.68 | 232.65 | 8,601.33 |
| Interest | 09-30-90 | 11.00 | 8,601.33 | 241.78 | 8,843.11 |
| Interest | 12-31-90 | 11.00 | 8,843.11 | 248.58 | 9,091.69 |
| Interest | 03-31-91 | 11.00 | 9,091.69 | 249.93 | 9,341.62 |
| Interest | 06-30-91 | 10.00 | 9,341.62 | 235.80 | 9,577.42 |
| Interest | 09-30-91 | 10.00 | 9,577.42 | 244.44 | 9,821.86 |
| Interest | 12-31-91 | 10.00 | 9,821.86 | 250.68 | 10,072.54 |
| Interest | 03-31-92 | 9.00 | 10,072.54 | 227.91 | 10,300.45 |
| Interest | 06-30-92 | 8.00 | 10,300.45 | 206.91 | 10,507.36 |
| Interest | 09-30-92 | 8.00 | 10,507.36 | 213.41 | 10,720.77 |
| Interest | 12-31-92 | 7.00 | 10,720.77 | 190.29 | 10,911.06 |
| Interest | 03-31-93 | 7.00 | 10,911.06 | 189.94 | 11,101.00 |
| Interest | 06-30-93 | 7.00 | 11,101.00 | 195.42 | 11,296.42 |
| Interest | 09-30-93 | 7.00 | 11,296.42 | 201.06 | 11,497.48 |
| Interest | 12-31-93 | 7.00 | 11,497.48 | 204.64 | 11,702.12 |
| Interest | 03-31-94 | 7.00 | 11,702.12 | 203.72 | 11,905.84 |
| Interest | 06-30-94 | 7.00 | 11,905.84 | 209.58 | 12,115.42 |
| Interest | 09-30-94 | 8.00 | 12,115.42 | 246.75 | 12,362.17 |
| Interest | 12-31-94 | 9.00 | 12,362.17 | 283.60 | 12,645.77 |

EXHIBIT "C"

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Interest | 03-31-95 | 9.00 | 12,645.77 | 283.73 | 12,929.50 |
| Interest | 06-30-95 | 10.00 | 12,929.50 | 326.36 | 13,255.86 |
| Interest | 09-30-95 | 9.00 | 13,255.86 | 304.11 | 13,559.97 |
| Interest | 11-22-95 | 9.00 | 13,559.97 | 178.35 | 13,738.32 |

Summary as of 11-22-95

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax | 4,990.00 | 0.00 | 0.00 | 4,990.00 |
| Interest | 8,748.32 | 0.00 | 0.00 | 8,748.32 |
| Totals | 13,738.32 | 0.00 | 0.00 | 13,738.32 |

Prepared using: FEDERAL IRS interest rates
Table end date: 09-30-06 TVS Table

INTEREST AND PENALTY DETAIL REPORT TaxInterest Version 2006.3
Taxpayer name...: Isler Penalty Interest Computation 11-13-06
Taxpayer ID#....: Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Motivated tax | 04-15-85 | 4,990.00 | 4,990.00 |
| Interest Computation Date | 11-22-95 | | 16,822.37 |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest on Motivated Deficiencies

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Motiv. Tax | 04-15-85 | | 4,990.00 | | 4,990.00 |
| Interest | 06-30-85 | 15.60 | 4,990.00 | 164.71 | 5,154.71 |
| Interest | 12-31-85 | 13.20 | 5,154.71 | 354.61 | 5,509.32 |
| Interest | 06-30-86 | 12.00 | 5,509.32 | 337.74 | 5,847.06 |
| Interest | 12-31-86 | 10.80 | 5,847.06 | 327.11 | 6,174.17 |
| Interest | 03-31-87 | 10.80 | 6,174.17 | 166.60 | 6,340.77 |
| Interest | 06-30-87 | 10.80 | 6,340.77 | 173.03 | 6,513.80 |
| Interest | 09-30-87 | 10.80 | 6,513.80 | 179.73 | 6,693.53 |
| Interest | 12-31-87 | 12.00 | 6,693.53 | 205.51 | 6,899.04 |
| Interest | 03-31-88 | 13.20 | 6,899.04 | 230.14 | 7,129.18 |
| Interest | 06-30-88 | 12.00 | 7,129.18 | 215.88 | 7,345.06 |
| Interest | 09-30-88 | 12.00 | 7,345.06 | 224.89 | 7,569.95 |
| Interest | 12-31-88 | 13.20 | 7,569.95 | 255.34 | 7,825.29 |
| Interest | 03-31-89 | 13.20 | 7,825.29 | 258.84 | 8,084.13 |
| Interest | 06-30-89 | 14.40 | 8,084.13 | 295.44 | 8,379.57 |
| Interest | 09-30-89 | 14.40 | 8,379.57 | 309.67 | 8,689.24 |
| Interest | 12-31-89 | 13.20 | 8,689.24 | 293.91 | 8,983.15 |
| Interest | 03-31-90 | 13.20 | 8,983.15 | 297.14 | 9,280.29 |
| Interest | 06-30-90 | 13.20 | 9,280.29 | 310.43 | 9,590.72 |
| Interest | 09-30-90 | 13.20 | 9,590.72 | 324.40 | 9,915.12 |
| Interest | 12-31-90 | 13.20 | 9,915.12 | 335.38 | 10,250.50 |
| Interest | 03-31-91 | 13.20 | 10,250.50 | 339.06 | 10,589.56 |
| Interest | 06-30-91 | 12.00 | 10,589.56 | 321.55 | 10,911.11 |
| Interest | 09-30-91 | 12.00 | 10,911.11 | 335.01 | 11,246.12 |
| Interest | 12-31-91 | 12.00 | 11,246.12 | 345.30 | 11,591.42 |
| Interest | 03-31-92 | 10.80 | 11,591.42 | 315.43 | 11,906.85 |
| Interest | 06-30-92 | 9.60 | 11,906.85 | 287.58 | 12,194.43 |
| Interest | 09-30-92 | 9.60 | 12,194.43 | 297.81 | 12,492.24 |
| Interest | 12-31-92 | 8.40 | 12,492.24 | 266.54 | 12,758.78 |
| Interest | 03-31-93 | 8.40 | 12,758.78 | 266.99 | 13,025.77 |
| Interest | 06-30-93 | 8.40 | 13,025.77 | 275.64 | 13,301.41 |
| Interest | 09-30-93 | 8.40 | 13,301.41 | 284.59 | 13,586.00 |
| Interest | 12-31-93 | 8.40 | 13,586.00 | 290.68 | 13,876.68 |
| Interest | 03-31-94 | 8.40 | 13,876.68 | 290.38 | 14,167.06 |
| Interest | 06-30-94 | 8.40 | 14,167.06 | 299.79 | 14,466.85 |
| Interest | 09-30-94 | 9.60 | 14,466.85 | 354.28 | 14,821.13 |
| Interest | 12-31-94 | 10.80 | 14,821.13 | 408.94 | 15,230.07 |

EXHIBIT "D"

Interest on Motivated Deficiencies

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Interest | 03-31-95 | 10.80 | 15,230.07 | 410.97 | 15,641.04 |
| Interest | 06-30-95 | 12.00 | 15,641.04 | 474.94 | 16,115.98 |
| Interest | 09-30-95 | 10.80 | 16,115.98 | 444.67 | 16,560.65 |
| Interest | 11-22-95 | 10.80 | 16,560.65 | 261.72 | 16,822.37 |

Summary as of 11-22-95

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Motivated tax | 4,990.00 | 0.00 | 0.00 | 4,990.00 |
| Motivated interest | 11,832.37 | 0.00 | 0.00 | 11,832.37 |
| Totals | 16,822.37 | 0.00 | 0.00 | 16,822.37 |

Prepared using: FEDERAL IRS interest rates
Table end date: 09-30-06 TVS Table

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. ISLER and SUSAN L. ISLER | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | DOCKET NO. 01-344T |
| | § | Judge Block |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**Declaration of Teresa J. Womack**

I, Teresa J. Womack, pursuant to 39 U.S.C. § 1746, declare that :

1. I am a trial attorney with Redding & Associates, P.C., and have been assigned to handle the above-styled case on behalf of Robert J. Isler and Susan L. Isler.

2. Exhibits A and B attached hereto come directly from the Redding & Associates, P.C., client litigation files, and are true and correct copies of documents obtained from the Islers, their partnership, and/or the Internal Revenue Service. Copies of these documents have been previously been attached as exhibits to various motions and responses filed in this action without objection.

3. Exhibits C and D attached hereto were generated using Tax Interest for Windows, which is software specifically designed for computing interest on federal income tax liabilities and is generally accepted as accurate and reliable by tax practitioners. The computations were made using the information provided by the IRS in the transcripts of account attached at Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Declared on the 13th day of November, 2006.

Teresa J. Womack

Teresa J. Womack

R:\DOCS\TAXCONT.T\twwdn106.is1.wpd