IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-344 T
Judge Lawrence J. Block

ROBERT J. ISLER and SUSAN L. ISLER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NOTICE OF RECENT AUTHORITY

Oral argument in this case and the related AMCOR cases, *Jeffrey T. Scuteri v. U.S.*, Fed. Cl. No. 01-358 T and *Ronald C. Prati and Mary G. Prati v. U.S.*, Fed. Cl. No. 02-60 T, is currently scheduled for Tuesday, May 1, 2007, on all pending dispositive motions. There are three threshold jurisdictional issues. There also are two merits issues that will be necessary to resolve only if jurisdiction were resolved in plaintiffs' favor. The three jurisdictional issues are:

1) whether the Court lacks jurisdiction over plaintiffs' claims that the IRS' assessment was untimely (*Isler* and *Prati*);

2) whether the Court lacks jurisdiction over plaintiffs' tax motivated interest claims (*Isler*, *Prati*, and *Scuteri*); and

3) whether the Court lacks jurisdiction over plaintiffs' interest abatement claims (*Isler*, *Prati*, and *Scuteri*).

The two merits issues are:

1) if the Court has jurisdiction over plaintiffs' untimely assessment claims, whether the assessment was in fact untimely (*Isler*); and

2) if the Court has jurisdiction over plaintiffs' tax motivated interest claims, whether plaintiffs' tax underpayments were attributable to tax motivated transactions (*Isler*, *Prati*, and *Scuteri*).

On April 18, 2007, Judge Allegra issued an opinion in two representative AMCOR cases (*Keener*, Fed. Cl. 03-2028 T and *Smith*, Fed. Cl. 04-907 T). The opinion ruled on jurisdictional issues one and two, and resolved both issues in favor of the United States. A copy of that opinion is attached.

As the Court may already be aware, on April 23, 2007, the United States Supreme Court will hear oral argument in *Hinck v. United States* (06-376). *Hinck* presents the third jurisdictional issue and was resolved in the United States' favor by the Court of Federal Claims and the United States Court of Appeals for the Federal Circuit.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

April 20, 2007