IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-344 T
Judge Lawrence J. Block

---

ROBERT J. ISLER and SUSAN L. ISLER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

MOTION FOR LEAVE TO FILE ATTACHED CHART IN AID OF ORAL ARGUMENT

---

Defendant, the United States, respectfully moves for leave to file the attached chart to help the Court: 1) identify the primary legal issues present in this case, *Jeffrey T. Scuteri v. U.S.*, Fed. Cl. No. 01-358 T, and *Ronald C. Prati and Mary G. Prati v. U.S.*, Fed. Cl. No. 02-60 T; 2) identify which of such issues are in the briefing before the Court for next Tuesday's (May 1, 2007) oral argument; and 3) understand the relationship of the claims.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR

*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

April 26, 2007