IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-344 T
Judge Lawrence J. Block

---

ROBERT J. ISLER and SUSAN L. ISLER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

CHART IN AID OF ORAL ARGUMENT

---

| At Issue for Oral Argument | Major Issues Present in *Isler*, Fed. Cl. No. 01-344 T, *Prati*, Fed. Cl. No. 02-60 T, or *Scuteri*, Fed. Cl. No. 01-358 T | Present in *Isler* | Present in *Prati* | Present in *Scuteri* |
|---|---|---|---|---|
| | **UNTIMELY ASSESSMENT CLAIMS** | | | |
| X | Jurisdiction over Untimely Assessment claim | X | X | |
| X | Timeliness of Assessment for 1984 (moot if jurisdiction is decided in favor of Government) | X | | |
| | Timeliness of Assessment for 1985 (moot if jurisdiction is decided in favor of Government) | | X | |
| | **TAX MOTIVATED INTEREST CLAIMS** | | | |
| X | Jurisdiction over Tax Motivated Interest claim | X | X | X |
| X | Merits of Tax Motivated Interest claim (moot if jurisdiction is decided in favor of Government) | X | X | X |
| | **INTEREST ABATEMENT CLAIMS** | | | |
| X | Jurisdiction over Interest Abatement claim (currently pending before the Supreme Court) | X | X | X |

| | | | | |
|---|---|---|---|---|
| | Merits of Interest Abatement Claim (moot if jurisdiction is decided in favor of Government) | X | X | X |
| | **TERMINATION YEAR CLAIMS** | | | |
| | Basis Restoration/Termination claim (moot in *Isler* if *Isler* prevails on untimely assessment claim) | X | | X |

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26, Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

April 26, 2007