IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. ISLER and | § | |
| SUSAN L. ISLER | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | DOCKET NO. 01-344T |
| | § | Judge Block |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME TO FILE POST TRIAL BRIEF AND LIST OF RELATED CASES**

Plaintiffs Robert J. Isler and Susan L. Isler move an enlargement of time to file the post trial brief and the list of related cases due May 29, 2007 and for cause would show as follows:

On May 18, 2007, Judge Lettow issued an opinion in *McGann v. United States*, Docket No. 06-430, which addresses the same grounds for dismissal of §6621(c) claims as the government raised in its supplemental motions in this case. *McGann* is not an AMCOR related case, but is the test case in another group of cases, the Electra cases, that are also currently pending in the Court of Federal Claims that raises a similar §6621(c) penalty interest claim. Counsel for the AMCOR cases and the Electra cases are the same. Rather than filing a separate notice of related authority, Plaintiffs would prefer to incorporate their discussion of the *McGann* opinion in the post trial brief.

Also, the transcript of the trial was not ready until last week. Plaintiffs ordered a copy as soon as the notice was filed, but did receive a copy of the transcript until Friday, May 25, 2007. Plaintiffs were not able to review the transcript and address all of the issues identified for briefing additional briefing over the holiday weekend.

Government counsel presented Plaintiffs with a draft of the proposed list of related cases on

May 18, 2007, before leaving for a short vacation. Counsel for Plaintiffs has not completed review of that list. This request for additional time is to allow Plaintiffs to complete their review and for the government to review any proposed revisions.

By telephone conversation on May 29, 2007, counsel for the United States represented to counsel for Plaintiffs that the United States is unopposed to the granting of the motion for enlargement.

WHEREFORE, Plaintiffs respectfully request an enlargement of time until June 12, 2007, to file their post-trial brief and the list of related cases.

Respectfully submitted,

/s/Thomas E. Redding

Thomas E. Redding, Attorney of Record
Teresa J. Womack
Sallie W. Gladney
REDDING & ASSOCIATES, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244 / (713) 621-5227 Fax
**ATTORNEYS FOR PLAINTIFFS**