IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. ISLER and | § | |
| SUSAN L. ISLER | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | DOCKET NO. 01-344T |
| | § | Judge Block |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME TO FILE POST TRIAL BRIEF AND LIST OF RELATED CASES**

Plaintiffs Robert J. Isler and Susan L. Isler move a second enlargement of time until June 19, 2007 to file the post trial brief and the list of related cases due June 12, 2007. This enlargement is due to illness of counsel and a recently diagnosed terminal illness in counsel's family.

Counsel for the United States represented to counsel for Plaintiffs that the United States is unopposed to the granting of the motion for enlargement.

WHEREFORE, Plaintiffs respectfully request an enlargement of time until June 19, 2007, to file their post-trial brief and the list of related cases.

Respectfully submitted,

/s/Thomas E. Redding

Thomas E. Redding, Attorney of Record
Teresa J. Womack
Sallie W. Gladney
REDDING & ASSOCIATES, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244 / (713) 621-5227 Fax
**ATTORNEYS FOR PLAINTIFFS**