IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-344 T

Judge Lawrence J. Block

---

ROBERT J. ISLER and SUSAN L. ISLER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

---

The United States respectfully moves the Court for an enlargement of time of 12 days, from July 5, 2007, to and including July 17, 2007, within which to file the chart required by the Court's order of May 2, 2007. This is the first enlargement requested by the United States for this purpose. Plaintiffs' counsel has advised that plaintiffs have no objection to the enlargement of time. In support of this motion, defendant submits the following:

1. On May 2, 2007, the Court ordered "that the parties meet regarding the 109 stayed AMCOR cases currently before Judge Block, and file by Tuesday, May 29, 2007, a chart detailing the claims involved in each of the 109 stayed AMCOR cases."

2. On May 29, 2007 and June 12, 2007, plaintiffs moved for enlargements of time to file the chart. The Court granted both, fixing the time for filing as July 5, 2007.

3. As plaintiffs alluded to in their May 29, 2007 motion for enlargement, defendant

provided plaintiffs with a draft of the chart with a cover page on May 17, 2007.

4. On July 5, 2007, close to 2:30p.m. est., plaintiffs responded via facsimile to defendant's proposal and telephoned defendant to discuss the chart.

5. Defendant is in the midst of finalizing a brief for filing tomorrow and can not review plaintiffs' proposed changes and work with plaintiffs on revision of the chart and cover page. Additional time is needed to consider and resolve the matters plaintiffs are now raising.

Accordingly, the United States respectfully requests an enlargement of time of 12 days, from July 5, 2007, to and including July 17, 2007, within which to file the chart and cover page.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

July 5, 2007