IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-344 T
Judge Lawrence J. Block

---

ROBERT J. ISLER and SUSAN L. ISLER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

CHART

---

Pursuant to the Court's Order filed May 2, 2007, the parties provide the attached chart detailing the claims alleged in the complaints in each of the AMCOR cases currently before Judge Block. In addition, the chart reflects whether a Form 870-P(AD) settlement is alleged to have been entered by the taxpayer/s in each case. The chart was created with Microsoft Excel and uses the following abbreviations in the headline columns:

SY84 = 1984 Source Year Claim

SY85 = 1985 Source Year Claim

UA = Untimely Assessment Claim

SY86 = 1986 Source Year Claim

TMI = Tax Motivated Interest Claim

IA = Interest Abatement Claim

TY = Termination Year Claim (claim for any year other than 1984, 1985, or 1986)

B/T = Basis/Termination Claim

IR = Income Recapture Claim

870-P(AD) = Taxpayer/s alleged to have entered Form 870-P(AD) settlement

MT = plaintiffs include multiple sets of taxpayers

If the Court desires, defendant will provide the Court with a disk containing the attached chart in Microsoft Excel. The disk would enable the Court to sort the data in the chart based on one or more column headings.

Generally speaking, AMCOR claims fall within two large categories:

1) claims for tax years 1984, 1985, or 1986; and

2) claims for other tax years.

Within the first category, there are three types of claims: 1) Untimely assessment claims for 1984 and 1985; 2) Tax motivated interest claims for all three years; and 3) Interest abatement claims for all three years. Each of the three types presents jurisdictional questions.

Judge Allegra issued an opinion in *Keener*, Fed. Cl. 03-2028 T and *Smith*, Fed. Cl. 04-907 T, concluding that jurisdiction over the untimely assessment and tax motivated interest claims was lacking. Plaintiffs' counsel intend to appeal the *Keener* decision, when it is entered. The Supreme Court issued an opinion in *Hinck*, concluding that jurisdiction over the interest abatement claims was lacking. The parties agree the *Hinck* opinion controls that issue in these AMCOR cases.

In the second category of AMCOR claims (tax years other than 1984, 1985, or 1986), there are two types of claims: 1) Basis termination claims; and 2) Income recapture claims (which are alleged somewhat infrequently). Each type presents global issues.

Some AMCOR cases or sub-groups thereof present non-global jurisdictional and/or other non-global non-merits based issues, for example, whether a refund claim was filed timely with the IRS, whether a taxpayer already reported and received a reduction in taxes for the very losses on which the taxpayer bases her refund suit, or whether IRS assessments were untimely.

Respectfully submitted,

7/17/2007
Date

s/Thomas E. Redding by s/Bart D. Jeffress
THOMAS E. REDDING
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

7/17/2007
Date

s/Bart D. Jeffress
BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

7/17/2007
Date

s/Steven I. Frahm
Of Counsel
Attorneys for Defendant

| # | Name | Fed. Cl. No. | SY84 | SY85 | UA | SY86 | TMI | IA | TY | B/T | IR | 870-P(AD) | MT | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Acker, Nadine | 07-00215 | x | x | x | | x | x | | | | | x | |
| 2 | Adams, Samuel | 07-00162 | x | x | x | | x | x | | | | x | x | |
| 3 | Anderson, Robert | 06-00053 | | | | | | | x | x | | | | |
| 4 | Arumugam, Velusami | 02-01395 | | | | x | x | x | | | | x | | |
| 5 | Atkinson, Charles | 05-01249 | | | | | | | x | x | | | | |
| 6 | Aylward, Thomas | 06-00593 | x | | x | | x | x | | | | | | |
| 7 | Baer, Maurice | 06-00857 | x | x | x | x | x | x | | | | | x | |
| 8 | Bailey, B. Ralph | 06-00039 | | | | | | | x | x | | | | |
| 9 | Barry, Ira | 03-00200 | x | x | x | x | x | x | | | | x | x | |
| 10 | Berman, Robert | 06-00856 | x | | x | | x | x | | | | | | |
| 11 | Blinder, Mark | 06-00052 | | | | | | | x | x | | | | |
| 12 | Boland, John | 06-00859 | x | x | x | x | x | x | | | | | | |
| 13 | Bolen, Richard | 02-00696 | | x | x | x | x | x | x | x | x | x | | |
| 14 | Brady, Robert | 07-00315 | | x | x | | x | x | | | | x | | |
| 15 | Cannon, Nassif Jr. | 02-00061 | x | x | x | x | x | x | | | | x | | |
| 16 | Casamento, Stephen | 06-00698 | x | x | x | | | | | | | x | | |
| 17 | Chapman, Bill | 05-01225 | x | | x | | | | | | | x | | |
| 18 | Chapman, Bill | 04-01762 | | | | | | | x | x | | | | |
| 19 | Clinton, Tommy | 04-00116 | | x | x | x | x | x | | | | x | | |
| 20 | Connell, Thomas | 07-00062 | | | | x | x | x | | | | | | |
| 21 | Corkill, Glen | 07-00147 | | x | x | x | x | x | | | | | | |
| 22 | Cox, Dean | 04-00709 | x | x | x | x | x | | | | | x | x | |
| 23 | Crocker, Jesse | 04-00903 | x | x | x | | x | x | | | | x | | |
| 24 | Davidson, Arthur | 07-00196 | x | x | x | x | x | x | | | | | x | |
| 25 | Davis, Charles | 06-00624 | | | | x | x | x | | | | | | |
| 26 | Davis, Robert | 06-00697 | x | x | x | x | x | x | | | | | x | |
| 27 | Davison, Robert | 04-01112 | | x | x | x | x | x | | | | x | | |
| 28 | Deegan, Edward | 06-00594 | | x | x | | x | x | | | | | | |
| 29 | Dhillon, Charanjit | 02-01477 | x | | x | x | x | x | | | | x | | |
| 30 | Divoranchik, William | 07-00231 | | | | x | x | x | | | | x | x | |
| 31 | Donaldson, Robert | 03-02875 | | x | x | x | x | x | | | | x | | |
| 32 | Donaldson, Robert | 01-00386 | | | | | | | x | x | x | x | | |
| 33 | Dow, Ruth | 06-00746 | x | x | x | x | x | x | | | | | x | |
| 34 | Durr, William | 05-00932 | | | | | | | x | x | | | | |
| 35 | Dykstra, Donald | 07-00309 | | | | x | x | x | | | | x | | |
| 36 | Ehrenbard, Robert | 03-01559 | x | | x | | x | x | | | | x | | |
| 37 | Ettelson, Donald | 05-01004 | | | | | | | x | x | | | | |
| 38 | Farneti, John Jr. | 04-01760 | | | | | | | x | x | x | x | | |
| 39 | Fazio, Anthony | 07-00163 | x | x | x | x | x | x | | | | | x | |

| # | Name | Fed. Cl. No. | SY84 | SY85 | UA | SY86 | TMI | IA | TY | B/T | IR | 870-P(AD) | MT | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | Feldman, Merrill | 07-00224 | | | | x | x | x | | | | x | x | |
| 41 | Fillmore Equipment | 07-00341 | x | x | x | x | x | x | | | | | x | |
| 42 | Fournier, E. Haffner | 06-00933 | x | x | x | x | x | x | | | | | x | |
| 43 | Frangooles, Robert | 06-00093 | | | | | | | x | x | | | | |
| 44 | Gilbertson, Robert | 05-00934 | x | x | x | x | x | x | | | | x | | |
| 45 | Glasser, Mark | 05-01141 | | | | | | | x | x | | | | |
| 46 | Golbuff, Alex | 05-01224 | | | | | | | x | x | | | | |
| 47 | Goldman, Elise | 04-00123 | x | | x | | x | x | | | | x | | |
| 48 | Gregory, Jane | 06-00578 | | x | x | | x | x | | | | | | |
| 49 | Hackett, James III | 05-00758 | | x | x | | x | x | | | | x | | |
| 50 | Hall, Thomas | 05-00222 | | | | | | | x | x | x | x | | |
| 51 | Hastie, J. Drayton | 04-00291 | x | | x | | | | | | | x | | |
| 52 | Hatton, Richard | 04-00127 | | x | x | x | x | x | | | | x | | |
| 53 | Heubner, Gene | 04-01742 | | | | | | | x | x | | | | |
| 54 | Higuera, Teodoro | 07-00381 | | | | x | x | x | | | | | | |
| 55 | Holland, David | 06-00405 | | | | | | | x | x | | | | |
| 56 | Horsley, Wilson | 04-01766 | | | | | | | x | x | | x | | |
| 57 | Hubbell, James | 05-00565 | | | | | | | x | x | | | | |
| 58 | Iannacchino, Michasel | 06-00817 | | | | x | x | x | | | | | x | |
| 59 | Isler, Robert | 01-00344 | x | | x | | x | x | x | x | x | x | | |
| 60 | Johnson, Richard | 06-00398 | | | | | | | x | x | | x | | |
| 61 | Johnson, Richard | 03-02339 | | x | x | x | x | x | | | | x | | |
| 62 | Johnson, Stanley | 04-00908 | | x | x | x | x | x | | | | x | | |
| 63 | Jones, Palmer | 03-02229 | x | | x | x | x | x | | | | x | | |
| 64 | Jones, Thomas Jr. | 02-01079 | | x | x | | x | x | | | | x | | |
| 65 | Keefe, Joseph | 05-01402 | | | | | | | x | x | | | | |
| 66 | Key, Scott | 06-00293 | | x | x | x | x | x | | | | x | | |
| 67 | Kirwan, Martin | 05-00489 | | | | | | | x | x | | | | |
| 68 | Koretz, Mark | 02-00912 | x | | x | | x | x | x | x | | x | | |
| 69 | Kraemer, Kenneth | 04-01761 | | | | | | | x | x | | x | | |
| 70 | Lewis, David | 02-01080 | x | | x | | x | x | x | x | | x | | |
| 71 | Lloyd, James | 06-00623 | | x | x | | x | x | | | | | | |
| 72 | Ludwig, Gordon | 02-01730 | | x | x | x | x | x | | | | x | | |
| 73 | Lyon, Donald | 04-01324 | | | | | | | x | x | | | | |
| 74 | Lyons, Edward Jr. | 06-00391 | | | | x | x | x | | | | x | | |
| 75 | Malouf, Scott | 04-01744 | | | | | | | x | x | | x | | |
| 76 | Marks, Paul | 04-01763 | | | | | | | x | x | | x | | |
| 77 | Marshall, Larry | 02-00474 | x | x | x | x | x | x | | | | x | | |
| 78 | Martin, Robert | 05-01251 | | | | | | | x | x | | x | | |

| # | Name | Fed. Cl. No. | SY84 | SY85 | UA | SY86 | TMI | IA | TY | B/T | IR | 870-P(AD) | MT | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | Martin, Robert | 03-02272 | x | x | x | x | x | x | | | | x | | |
| 80 | Mastropieri, Carmen | 02-00910 | x | | x | | x | x | x | x | | x | | |
| 81 | McDaniel, George | 04-01788 | | | | | | | x | x | x | x | | |
| 82 | McGann, Thomas | 06-00430 | | | | | | | x | x | | | | |
| 83 | McMenamin, Hugh | 04-01745 | x | | x | | x | x | x | x | | x | | |
| 84 | Meunier, Gerald | 05-00880 | | | | | | | x | x | | | | |
| 85 | Miller, Edward | 05-00508 | | | | x | x | x | | | | x | | |
| 86 | Montgomery, William | 03-02273 | | x | x | | x | x | | | | x | | |
| 87 | Moody, Robert | 06-00752 | x | x | x | x | x | x | | | | | | |
| 88 | Morris, John | 05-00933 | | | | | | | x | x | | x | | |
| 89 | Morris, John | 07-00405 | x | x | x | x | x | x | | | | x | | |
| 90 | Northcutt, Merline | 06-00860 | x | x | x | x | x | x | | | | | | |
| 91 | Oehlschlager, Keith | 05-01144 | | | | x | x | x | | | | x | | |
| 92 | Oldshue, Jerry | 06-00696 | | x | x | | x | x | | | | x | | |
| 93 | Penni, Jonathan | 04-01161 | | | | | | | x | x | | x | | |
| 94 | Penni, Samuel | 04-01818 | | | | | | | | | | | | Individual Estate Tax Claims |
| 95 | Pineo, Helen | 02-00401 | | | | x | x | x | x | x | x | x | | |
| 96 | Prati, Ronald | 02-00060 | | x | x | | x | x | | | | x | | |
| 97 | Prendergast, James | 04-01819 | | x | x | | x | x | x | x | | x | | |
| 98 | Rossman, Neil | 07-00346 | | | | | | | x | x | | | | |
| 99 | Rutherford, H. Doug | 04-01767 | | | | | | | x | x | | x | | |
| 100 | Sadd, William | 05-00025 | | | | x | x | x | | | | x | | |
| 101 | Sardinas, Alfredo | 05-01250 | | | | | | | x | x | | | | |
| 102 | Schuler, John | 02-00432 | x | | x | | x | x | | | | x | | |
| 103 | Scuteri, Jeffrey | 04-01160 | | | | | | | x | x | | x | | |
| 104 | Scuteri, Jeffrey | 01-00358 | | | | x | x | x | x | x | x | x | | |
| 105 | Sperling, Stanley | 02-01523 | x | | x | | x | x | | | | x | | |
| 106 | Stefansson, Sturla | 06-00399 | | | | | | | x | x | | | | |
| 107 | Strauss, Joseph | 06-00823 | x | | x | | x | x | | | | | | |
| 108 | Tanner, Larry | 04-01066 | | | | x | x | x | | | | x | | |
| 109 | Thompson, Richard | 06-00792 | x | | x | | x | x | | | | | | |
| 110 | Ungs, Jerome | 06-00137 | x | x | x | x | x | x | | | | | | |
| 111 | Ungs, Jerome | 04-01764 | | | | | | | x | x | | | | |
| 112 | Vallari, Stephen | 06-00761 | | x | x | x | x | x | | | | x | | |
| 113 | Vigliotta, John | 02-00013 | x | | x | | x | x | | | | x | | |
| 114 | Voda, Jan | 06-00818 | x | x | x | x | x | x | | | | | | |
| 115 | Weiner, Morris | 01-00623 | | | | | | | x | | x | x | | |
| 116 | Whitaker, Lloyd | 02-00795 | x | x | x | | x | x | | | | x | | |
| 117 | Whittington, G. Dale | 05-00220 | | | | | | | x | x | x | x | | |

| # | Name | Fed. Cl. No. | SY84 | SY85 | UA | SY86 | TMI | IA | TY | B/T | IR | 870-P(AD) | MT | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 | Winternitz, William | 01-00404 | x | x | x | x | x | x | | | | x | | |
| 119 | Wong, William | 06-00404 | | | | | | | x | x | | | | |
| 120 | Wyckoff, E. Lisk Jr. | 02-00772 | x | x | x | | x | x | | | | x | | |