| # | Name | Fed. Cl. No. | SY84 | SY85 | UA | SY86 | TMI | IA | TY | B/T | IR | 870-P(AD) | MT | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Acker, Nadine | 07-00215 | x | x | x |  | x | x |  |  |  |  | x |  |
| 2 | Adams, Samuel | 07-00162 | x | x | x |  | x | x |  |  |  | x | x |  |
| 3 | Anderson, Robert | 06-00053 |  |  |  |  |  |  | x | x |  |  |  |  |
| 4 | Arumugam, Velusami | 02-01395 |  |  |  | x | x | x |  |  |  | x |  |  |
| 5 | Atkinson, Charles | 05-01249 |  |  |  |  |  |  | x | x |  |  |  |  |
| 6 | Aylward, Thomas | 06-00593 | x |  | x |  | x | x |  |  |  |  |  |  |
| 7 | Baer, Maurice | 06-00857 | x | x | x | x | x | x |  |  |  |  | x |  |
| 8 | Bailey, B. Ralph | 06-00039 |  |  |  |  |  |  | x | x |  |  |  |  |
| 9 | Barry, Ira | 03-00200 | x | x | x | x | x | x |  |  |  | x | x |  |
| 10 | Berman, Robert | 06-00856 | x |  | x |  | x | x |  |  |  |  |  |  |
| 11 | Blinder, Mark | 06-00052 |  |  |  |  |  |  | x | x |  |  |  |  |
| 12 | Boland, John | 06-00859 | x | x | x | x | x | x |  |  |  |  |  |  |
| 13 | Bolen, Richard | 02-00696 |  | x | x | x | x | x | x | x | x | x |  |  |
| 14 | Brady, Robert | 07-00315 |  | x | x |  | x | x |  |  |  | x |  |  |
| 15 | Cannon, Nassif Jr. | 02-00061 | x | x | x | x | x | x |  |  |  | x |  |  |
| 16 | Casamento, Stephen | 06-00698 | x | x | x |  |  |  |  |  |  | x |  |  |
| 17 | Chapman, Bill | 05-01225 | x |  | x |  |  |  |  |  |  | x |  |  |
| 18 | Chapman, Bill | 04-01762 |  |  |  |  |  |  | x | x |  |  |  |  |
| 19 | Clinton, Tommy | 04-00116 |  | x | x | x | x | x |  |  |  | x |  |  |
| 20 | Connell, Thomas | 07-00062 |  |  |  | x | x | x |  |  |  |  |  |  |
| 21 | Corkill, Glen | 07-00147 |  | x | x | x | x | x |  |  |  |  |  |  |
| 22 | Cox, Dean | 04-00709 | x | x | x | x | x |  |  |  |  | x | x |  |
| 23 | Crocker, Jesse | 04-00903 | x | x | x |  | x | x |  |  |  | x |  |  |
| 24 | Davidson, Arthur | 07-00196 | x | x | x | x | x | x |  |  |  |  | x |  |
| 25 | Davis, Charles | 06-00624 |  |  |  | x | x | x |  |  |  |  |  |  |
| 26 | Davis, Robert | 06-00697 | x | x | x | x | x | x |  |  |  |  | x |  |
| 27 | Davison, Robert | 04-01112 |  | x | x | x | x | x |  |  |  | x |  |  |
| 28 | Deegan, Edward | 06-00594 |  | x | x |  | x | x |  |  |  |  |  |  |
| 29 | Dhillon, Charanjit | 02-01477 | x |  | x | x | x | x |  |  |  | x |  |  |
| 30 | Divoranchik, William | 07-00231 |  |  |  | x | x | x |  |  |  | x | x |  |
| 31 | Donaldson, Robert | 03-02875 |  | x | x | x | x | x |  |  |  | x |  |  |
| 32 | Donaldson, Robert | 01-00386 |  |  |  |  |  |  | x | x | x | x |  |  |
| 33 | Dow, Ruth | 06-00746 | x | x | x | x | x | x |  |  |  |  | x |  |
| 34 | Durr, William | 05-00932 |  |  |  |  |  |  | x | x |  |  |  |  |
| 35 | Dykstra, Donald | 07-00309 |  |  |  | x | x | x |  |  |  | x |  |  |
| 36 | Ehrenbard, Robert | 03-01559 | x |  | x |  | x | x |  |  |  | x |  |  |
| 37 | Ettelson, Donald | 05-01004 |  |  |  |  |  |  | x | x |  |  |  |  |
| 38 | Farneti, John Jr. | 04-01760 |  |  |  |  |  |  | x | x | x | x |  |  |
| 39 | Fazio, Anthony | 07-00163 | x | x | x | x | x | x |  |  |  |  | x |  |

| # | Name | Fed. Cl. No. | SY84 | SY85 | UA | SY86 | TMI | IA | TY | B/T | IR | 870-P(AD) | MT | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | Feldman, Merrill | 07-00224 | | | | x | x | x | | | | x | x | |
| 41 | Fillmore Equipment | 07-00341 | x | x | x | x | x | x | | | | | x | |
| 42 | Fournier, E. Haffner | 06-00933 | x | x | x | x | x | x | | | | | x | |
| 43 | Frangooles, Robert | 06-00093 | | | | | | | x | x | | | | |
| 44 | Gilbertson, Robert | 05-00934 | x | x | x | x | x | x | | | | x | | |
| 45 | Glasser, Mark | 05-01141 | | | | | | | x | x | | | | |
| 46 | Golbuff, Alex | 05-01224 | | | | | | | x | x | | | | |
| 47 | Goldman, Elise | 04-00123 | x | | x | | x | x | | | | x | | |
| 48 | Gregory, Jane | 06-00578 | | x | x | | x | x | | | | | | |
| 49 | Hackett, James III | 05-00758 | | x | x | | x | x | | | | x | | |
| 50 | Hall, Thomas | 05-00222 | | | | | | | x | x | x | x | | |
| 51 | Hastie, J. Drayton | 04-00291 | x | | x | | | | | | | x | | |
| 52 | Hatton, Richard | 04-00127 | | x | x | x | x | x | | | | x | | |
| 53 | Heubner, Gene | 04-01742 | | | | | | | x | x | | | | |
| 54 | Higuera, Teodoro | 07-00381 | | | | x | x | x | | | | | | |
| 55 | Holland, David | 06-00405 | | | | | | | x | x | | | | |
| 56 | Horsley, Wilson | 04-01766 | | | | | | | x | x | | x | | |
| 57 | Hubbell, James | 05-00565 | | | | | | | x | x | | | | |
| 58 | Iannacchino, Michasel | 06-00817 | | | | x | x | x | | | | | x | |
| 59 | Isler, Robert | 01-00344 | x | | x | | x | x | x | x | x | x | | |
| 60 | Johnson, Richard | 06-00398 | | | | | | | x | x | | x | | |
| 61 | Johnson, Richard | 03-02339 | | x | x | x | x | x | | | | x | | |
| 62 | Johnson, Stanley | 04-00908 | | x | x | x | x | x | | | | x | | |
| 63 | Jones, Palmer | 03-02229 | x | | x | x | x | x | | | | x | | |
| 64 | Jones, Thomas Jr. | 02-01079 | | x | x | | x | x | | | | x | | |
| 65 | Keefe, Joseph | 05-01402 | | | | | | | x | x | | | | |
| 66 | Key, Scott | 06-00293 | | x | x | x | x | x | | | | x | | |
| 67 | Kirwan, Martin | 05-00489 | | | | | | | x | x | | | | |
| 68 | Koretz, Mark | 02-00912 | x | | x | | x | x | x | x | | x | | |
| 69 | Kraemer, Kenneth | 04-01761 | | | | | | | x | x | | x | | |
| 70 | Lewis, David | 02-01080 | x | | x | | x | x | x | x | | x | | |
| 71 | Lloyd, James | 06-00623 | | x | x | | x | x | | | | | | |
| 72 | Ludwig, Gordon | 02-01730 | | x | x | x | x | x | | | | x | | |
| 73 | Lyon, Donald | 04-01324 | | | | | | | x | x | | | | |
| 74 | Lyons, Edward Jr. | 06-00391 | | | | x | x | x | | | | x | | |
| 75 | Malouf, Scott | 04-01744 | | | | | | | x | x | | x | | |
| 76 | Marks, Paul | 04-01763 | | | | | | | x | x | | x | | |
| 77 | Marshall, Larry | 02-00474 | x | x | x | x | x | x | | | | x | | |
| 78 | Martin, Robert | 05-01251 | | | | | | | x | x | | x | | |

| # | Name | Fed. Cl. No. | SY84 | SY85 | UA | SY86 | TMI | IA | TY | B/T | IR | 870-P(AD) | MT | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | Martin, Robert | 03-02272 | x | x | x | x | x | x | | | | x | | |
| 80 | Mastropieri, Carmen | 02-00910 | x | | x | | x | x | x | x | | x | | |
| 81 | McDaniel, George | 04-01788 | | | | | | | x | x | x | x | | |
| 82 | McGann, Thomas | 06-00430 | | | | | | | x | x | | | | |
| 83 | McMenamin, Hugh | 04-01745 | x | | x | | x | x | x | x | | x | | |
| 84 | Meunier, Gerald | 05-00880 | | | | | | | x | x | | | | |
| 85 | Miller, Edward | 05-00508 | | | | x | x | x | | | | x | | |
| 86 | Montgomery, William | 03-02273 | | x | x | | x | x | | | | x | | |
| 87 | Moody, Robert | 06-00752 | x | x | x | x | x | x | | | | | | |
| 88 | Morris, John | 05-00933 | | | | | | | x | x | | x | | |
| 89 | Morris, John | 07-00405 | x | x | x | x | x | x | | | | x | | |
| 90 | Northcutt, Merline | 06-00860 | x | x | x | x | x | x | | | | | | |
| 91 | Oehlschlager, Keith | 05-01144 | | | | x | x | x | | | | x | | |
| 92 | Oldshue, Jerry | 06-00696 | | x | x | | x | x | | | | x | | |
| 93 | Penni, Jonathan | 04-01161 | | | | | | | x | x | | x | | |
| 94 | Penni, Samuel | 04-01818 | | | | | | | | | | | | Individual Estate Tax Claims |
| 95 | Pineo, Helen | 02-00401 | | | | x | x | x | x | x | x | x | | |
| 96 | Prati, Ronald | 02-00060 | | x | x | | x | x | | | | x | | |
| 97 | Prendergast, James | 04-01819 | | x | x | | x | x | x | x | | x | | |
| 98 | Rossman, Neil | 07-00346 | | | | | | | x | x | | | | |
| 99 | Rutherford, H. Doug | 04-01767 | | | | | | | x | x | | x | | |
| 100 | Sadd, William | 05-00025 | | | | x | x | x | | | | x | | |
| 101 | Sardinas, Alfredo | 05-01250 | | | | | | | x | x | | | | |
| 102 | Schuler, John | 02-00432 | x | | x | | x | x | | | | x | | |
| 103 | Scuteri, Jeffrey | 04-01160 | | | | | | | x | x | | x | | |
| 104 | Scuteri, Jeffrey | 01-00358 | | | | x | x | x | x | x | x | x | | |
| 105 | Sperling, Stanley | 02-01523 | x | | x | | x | x | | | | x | | |
| 106 | Stefansson, Sturla | 06-00399 | | | | | | | x | x | | | | |
| 107 | Strauss, Joseph | 06-00823 | x | | x | | x | x | | | | | | |
| 108 | Tanner, Larry | 04-01066 | | | | x | x | x | | | | x | | |
| 109 | Thompson, Richard | 06-00792 | x | | x | | x | x | | | | | | |
| 110 | Ungs, Jerome | 06-00137 | x | x | x | x | x | x | | | | | | |
| 111 | Ungs, Jerome | 04-01764 | | | | | | | x | x | | | | |
| 112 | Vallari, Stephen | 06-00761 | | x | x | x | x | x | | | | x | | |
| 113 | Vigliotta, John | 02-00013 | x | | x | | x | x | | | | x | | |
| 114 | Voda, Jan | 06-00818 | x | x | x | x | x | x | | | | | | |
| 115 | Weiner, Morris | 01-00623 | | | | | | | x | | x | x | | |
| 116 | Whitaker, Lloyd | 02-00795 | x | x | x | | x | x | | | | x | | |
| 117 | Whittington, G. Dale | 05-00220 | | | | | | | x | x | x | x | | |

| # | Name | Fed. Cl. No. | SY84 | SY85 | UA | SY86 | TMI | IA | TY | B/T | IR | 870-P(AD) | MT | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 | Winternitz, William | 01-00404 | x | x | x | x | x | x | | | | x | | |
| 119 | Wong, William | 06-00404 | | | | | | | x | x | | | | |
| 120 | Wyckoff, E. Lisk Jr. | 02-00772 | x | x | x | | x | x | | | | x | | |