IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-344 T

Judge Lawrence J. Block

ROBERT J. ISLER and SUSAN L. ISLER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

The United States respectfully moves the Court for an enlargement of time of 45 days, from August 6, 2007, to and including September 20, 2007, within which to file its response to plaintiffs' post oral argument supplemental brief in this case, and in *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T and *Ronald C. Prati and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T. This is the first enlargement requested for this purpose. Plaintiffs' counsel has advised that plaintiffs have no objection to the enlargement of time. In support of this motion, defendant submits the following:

1. On May 1, 2007, the Court held oral argument in this case. The following day, the Court entered an order, requiring plaintiffs to file by May 29, 2007, a supplemental brief of 20 pages or less, and defendant to file by June 22, 2007, a response of 20 pages or less.

2. On May 29, 2007, plaintiffs moved for an enlargement of time of 14 days, until June 12, 2007, to file their post-oral argument supplemental brief. The Court granted the motion

by order filed May 31, 2007, ordering plaintiffs to file by June 12, 2007, their supplemental brief and defendant to file any response thereto by July 13, 2007.

3. On June 12, 2007, plaintiffs moved for an additional enlargement of time of seven days, until June 19, 2007, to file their post-oral argument supplemental brief. The Court granted the motion by order filed June 14, 2007, extending the time for plaintiffs to file their supplemental brief by an additional 23 days (instead of 7 days), until July 5, 2007, and re-setting defendant's deadline for responding to August 6, 2007.

4. On July 5, 2007, plaintiffs filed their supplemental briefs of 20 pages, along with 70 pages of exhibits, in this case, *Scuteri*, and *Prati*.

5. During the period of plaintiffs' enlargements, the undersigned attorney of record's involvement in two substantial tax cases increased substantially, *Russian Recovery Fund Limited, Russian Recovery Advisors, L.L.C., Tax Matters Partner v. United States*, Fed. Cl. No. 06-31 T, and *DR Management LLC et. al. v. United States*, C 05-01010 (MMC) (N.D.Cal.).

6. In *Russian Recovery*, the undersigned attorney of record was responsible for preparing defendant's response to a motion for summary judgment for the 2001 tax year. The response was filed on July 6, 2007, *see Resp.* [Doc. #20], Fed. Cl. No. 06-31 T, the day after plaintiffs filed their supplemental briefs.

7. After filing that response, and until the present, the undersigned has had to devote the majority of his time to the *DR Management* case, including reviewing thousands of pages of documents in preparation for depositions, for which the undersigned was in California from Sunday, July 22, 2007, until Friday, July 27, 2007.

8. The undersigned now intends to begin reviewing and working on a response to

plaintiffs' supplemental brief. However, he anticipates that the majority of his time must continue to be devoted to litigating *DR Management*, including preparation of at least one motion to compel, additional depositions, travel, and voluminous document review.

9. Accordingly, a 45 day enlargement is necessary to provide sufficient time to review plaintiffs' brief and exhibits, draft a response, and for internal review of the response before filing.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

August 1, 2007