IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-344 T

Judge Lawrence J. Block

ROBERT J. ISLER and SUSAN L. ISLER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF UNITED STATES FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFFS' POST-ARGUMENT SUPPLEMENTAL BRIEFS

The United States respectfully moves the Court for a second and final enlargement of time of 14 days, from September 20, 2007, to and including October 4, 2007, within which to file its response to plaintiffs' post oral argument supplemental brief in this case, and in *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T and *Ronald C. Prati and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T. Plaintiffs' counsel has advised that plaintiffs have no objection to the enlargement requested. In support of this motion, defendant submits the following:

1. By order dated August 2, 2007 in this case and orders dated August 6, 2007 in *Scuteri* and *Prati*, the Court granted an enlargement of time of 45 days, to and including September 20, 2007, for defendant to file its responses to plaintiffs' post oral argument supplemental briefs in this case, *Scuteri*, and *Prati*.

2. In support of that enlargement, the undersigned attorney of record advised the

Court that he anticipated devoting the majority of his time to litigating a substantial tax case pending in the Northern District of California, *DR Management LLC et. al. v. United States*, C 05-01010 (MMC) (N.D.Cal.).

3. As anticipated, since August 2, 2007, and continuing to the present, the undersigned has devoted the majority of his time - over 250 hours - to litigation and travel for *DR Management LLC*. His numerous responsibilities in that case have included preparing and filing a motion to compel with supporting documents, the review of voluminous documents, and preparing for, traveling to, and taking numerous depositions during two lengthy trips to California from Wednesday, August 22 to Saturday, August 25 and Sunday, September 9 to Saturday September 15.

4. While fulfilling his responsibilities in *DR Management LLC*, defendant's counsel has nevertheless devoted significant time during weekends and evenings to work on the responses due in this case, *Scuteri*, and *Prati*. For example, on Saturday, September 1, 2007, he devoted six hours to the responses, and, on Labor Day, Monday, September 3, 2007, another 5.5 hours. Defendant's counsel devoted additional hours to the responses on Friday evening, September 14, 2007, and Monday evening/early Tuesday morning, September 17/18, 2007.

5. Defendant's counsel must devote the remainder of today, tomorrow, and Thursday, September 20, 2007, to *DR Management LLC* to prepare for and take a deposition and to participate in a conference on Thursday in Richmond, Virginia.

6. The undersigned thereafter will endeavor to complete a draft response for internal review on or before Sunday, September 23, 2007, for submission to his reviewer on Monday, September 24, 2007.

7. The ensuing time, from September 24, 2007, to and including October 4, 2007, is requested to permit review, finalization, and filing of the responses, in light of the reviewer's and undersigned's schedule during that time period. The reviewer's responsibilities during the week of September 24, 2007, already include review and finalizing two briefs, preparation for and participation in a moot court, and increased administrative responsibilities due to absences of the section chief. The undersigned anticipates continuing to labor on *DR Management LLC*, and also must prepare for and participate in a moot court and corresponding oral argument on October 2, 2007, in *Russian Recovery Fund Limited, Russian Recovery Advisors, L.L.C., Tax Matters Partner v. United States*, Fed. Cl. No. 06-31 T.

8. Defendant regrets the delay in filing responses in this case, *Scuteri*, and *Prati*. No further enlargement will be necessary.

9. Accordingly, defendant requests an additional 14-day enlargement to draft, review, and finalize its response to plaintiff's post-argument supplemental brief.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

September 18, 2007