IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. ISLER and SUSAN L. ISLER, | § | |
| Plaintiffs, | § | |
| | § | DOCKET NO. 01-344 T |
| vs. | § | |
| | § | Judge Lawrence J. Block |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME TO FILE STATUS REPORT**

Pursuant to its opinion at *Prati v. U.S.*, --- Fed.Cl. ----, 2008 WL 1777380 (2008) (Fed. Cl. 02-60 T), on April 16, 2008, this Court ordered the parties to file a Joint Status Report addressing how to proceed with regard to the following cases: Anderson, Robert (06-53); Atkinson, Charles (05-1249); Bailey, B. Ralph (06-39); Blinder, Mark (06-52); Chapman, Bill (04-1762); Donaldson, Robert (01-386); Durr, William (05-932); Ettelson, Donald (05-1004); Farneti, John Jr. (04-1760); Glasser, Mark (05-1141); Golbuff, Alex (05-1224); Hall, Thomas (05-222); Huebner, Gene (04-1742); Holland, David (06-405); Horsley, Wilson (04-1766); Hubbell, James (05-565); Johnson, Richard (06-398); Keefe, Joseph (05-1402); Kirwan, Martin (05-489); Kraemer, Kenneth (04-1761); Lyon, Donald (04-1324); Malouf, Scott (04-1744); Marks, Paul (04-1763); Martin, Robert (05-1251); McDaniel, George (04-1788); McGann, Thomas (06-430); Meunier, Gerald (05-880); Morris, John (05-933); Penni, Jonathan (04-1161); Rossman, Neil (07-346); Rutherford, H. Doug (04-1767); Sardinas, Alfredo (05-1250); Scuteri, Jeffrey (04-1160); Steffansson, Sturla (06-399); Ungs, Jerome (04-1764); Weiner, Morris (01-623); Whittington, G. Dale (05-220); Wong, William (06-404); Bolen, Richard (02-696); Isler, Robert (01-344); Lewis, David (02-1080); Mastropieri,

Carmen (02-910); McMenamin, Hugh (04-1745); Pineo, Helen (02-401); Prendergast, James (04-1819); Scuteri, Jeffrey (01-358); and Penni, Samuel (04-1818).

Plaintiffs Robert J. and Susan L. Isler respectfully request that the time for filing the joint status report be extended until 10 days after the Court rules on the motion for reconsideration currently pending in *Prati* (02-60 T). For cause the plaintiffs would show:

Shortly after the Court issued its opinion in *Prati* judgments were entered in 77 related cases. Counsel for the Plaintiffs here also represents the taxpayers in each of those cases. Counsel prepared and timely filed a motion for reconsideration addressing the merits of the *Prati* opinion and also undertook an individual review of each of the other 77 cases to determine which contained individual issues not covered by the Court's determinations in *Prati*. Timely Rule 59 motions were filed in at least 15 of the 77 cases based on individual issues.

While reviewing the 77 cases related to *Prati*, counsel also conducted individual reviews of approximately 70 related cases pending in the federal district courts of the Fifth Circuit as part of the §6621(c) penalty interest settlement procedures agreed to with the Dallas, Texas office of government counsel.

On May 8, 2008, the government filed its brief in *Keener v. United States*, before the Federal Circuit at Docket No. 08-5004. Counsel here also represents the Keeners. The Appellants reply brief is currently due to be filed on or before May 27, 2008. The outcome in *Keener* is anticipated to control most, if not all, of the common issues in this case, *Prati*, and the other 77 referenced cases.

Separate motions for summary judgment are currently due to be filed on or before May 23, 2008, in *Bush v. United States* (Fed.Cl. 02-1041 and 04-1598, consolidated) and *Shelton v. United States* (Fed. Cl. 02-1042 and 04-1595, consolidated), the test cases for a different partnership group on different issues than the *Prati*/*Keener* related cases.

After the *Prati* opinion was issued, the nephew of one of the Plaintiffs' counsel was involved in a serious motorcycle accident that has left him in a coma with life-threatening injuries. Counsel has been called on to make arrangements for and manage his personal and medical affairs for the time being.

The parties have agreed on the Joint Status Report in Penni, Samuel (04-1818), which should be filed contemporaneously with this motion. However, Plaintiffs' counsel has been unable to completely review the roughly 50 cases related to the status report in this cases.

Counsel for the defendant has represented that the United States does not oppose the granting of this motion.

WHEREFORE, Plaintiffs respectfully request that the time for filing the status report in this case extended until 10 days after the Court rules on the motion for consideration currently pending in *Prati*.

Respectfully

/e/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 1661300
Redding & Associates, P.C.
2914 W. T. C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
**ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL FOR PLAINTIFFS**:
Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T. C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)