IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-344 T
Judge Lawrence J. Block

ROBERT J. ISLER and SUSAN L. ISLER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

On July 1, 2008, the Court denied a motion to reconsider its decision in *Prati*, Fed. Cl. No. 02-60 T [Doc. #95]. Pursuant to the Court's April 16, 2008, and May 19, 2008, orders, the parties are due to file a joint status report in this case on July 16, 2008, regarding the 46 AMCOR cases enumerated in footnote 7 of the Court's Opinion (*id.* [Doc. #87]) (not including *Penni*). The parties respectfully request that they be granted one additional week, until July 23, 2008, to file their joint status report.

The parties have consulted on a draft joint status report and require one additional week to revise and finalize it. Defendant prepared and provided plaintiffs with a draft joint status report on May 15, 2008, and, after the Court's ruling on reconsideration, a substantially similar one again on July 14, 2008. Using the draft, the parties have consulted regarding how best to proceed with the 46 cases enumerated in footnote 7 of the Court's Opinion plus two other related cases still pending before this Court, but have not yet been able to agree on a joint proposal for further proceedings. The parties believe they are close to a final proposal, and can complete

their consultation on the 48 related cases, agree on an approach to recommend to the Court, and file their joint status report within the additional week requested.

Defendant's attorney has authorized plaintiffs' attorney to sign this joint motion on his behalf.

WHEREFORE, the parties respectfully request that they be granted one additional week, until July 23, 2008, to file their joint status report.

Respectfully submitted,

7/16/2008 s/Bart D. Jeffress by s/ Thomas E. Redding

Date

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

7/16/2008 s/Steven I. Frahm by s/ Thomas E. Redding
Date Of Counsel
Attorneys for Defendant

7/16/2008 s/Thomas E. Redding
Date

THOMAS E. REDDING
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs