IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-344 T
Judge Lawrence J. Block

ROBERT J. ISLER and SUSAN L. ISLER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

On July 23, 2008, the parties filed a joint status report [Doc. #133], in which, among other proposals, they proposed to commence litigation of the income recapture claim in this case and to file, by August 22, 2008, a joint status report detailing a course of proceedings for disposing of the claim.

Accordingly, if the Court adopts the parties' proposal to litigate the income recapture claim, the parties propose that the Court enter a scheduling order, allowing for discovery and requiring its completion by January 22, 2009, and requiring thereafter, by February 5, 2009, a joint status report proposing a schedule for final disposition of the claim, including a briefing schedule for dispositive motions and/or trial.

Defendant's attorney has authorized plaintiffs' attorney to sign this joint status report on his behalf.

Respectfully submitted,

8/22/2008 s/Thomas E. Redding
Date

THOMAS E. REDDING
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

8/22/2008 s/Bart D. Jeffress by s/Thomas E. Redding
Date

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section

8/22/2008 s/Steven I. Frahm by s/Thomas E. Redding
Date

Of Counsel
Attorneys for Defendant