# The United States Court of Federal Claims

August 27, 2008
**No: 01-344 T**

**ROBERT J. and SUSAN L. ISLER,**

***Plaintiffs*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**ORDER**

On July 23, 2008, the parties to this action filed a Joint Status Report requesting that the Court lift the stay in *Rossman* (No. 07-346), one of the 129 so-called AMCOR cases of which *Isler* is also a member. The parties also moved for leave to proceed with this action, which has been deemed a representative case for what the parties have named "income recapture claims," while keeping the other representative case, *Scuteri* (No. 01-358), stayed. Subsequently, on August 22, 2008, the parties filed another Joint Status Report, requesting that the court issue a scheduling order allowing for the completion of discovery in this action by January 22, 2009, and the entry of a new status report on February 5, 2009 that will propose a schedule for further proceedings. Additionally, in the July 23 Joint Status Report, defendant moved for leave to bring to the Court's attention for individual disposition any additional AMCOR cases that it believes involve case-specific defects.

The parties' request to lift the stay in *Rossman* is **DENIED**. As the parties note, two similar cases, *Schell* (No.04-1743) and *LeBlanc* (No. 05-743), are presently pending in the Court of Federal Claims. The Court can see no reason to open *Rossman* while these cases are underway. If necessary, the court will reconsider lifting the stay in *Rossman* after the outcome of *Schell* and *LeBlanc*.

The parties' request to proceed in *Isler* is **GRANTED**. The parties shall complete discovery by Thursday, January 22, 2009. In addition, the parties are **ORDERED** to file a Joint Status Report by Thursday, February 5, 2009, proposing a schedule for final disposition of the income recapture claims. *Scuteri* shall remain stayed pending the outcome in *Isler*.

The parties are **ORDERED** to jointly identify by Friday, October 10, 2008 any cases with specific defects that might require individual disposition. No other briefing with regard to this issue shall be filed by either party.

Lastly, the parties are **ORDERED** to file, by Friday, September 26, 2008, a joint status report delineating the issues in the 15 cases in which judgment was vacated under the July 1, 2008 *Prati* opinion,[1] and suggesting a course of action for further proceedings.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

Lawrence J. Block
Judge

[1] The 15 cases are: *Arumugam* (No. 02-1395); *Barry* (No. 03-200); *Belair* (No. 07-588); *Boland* (No. 06-859); *Cannon* (No. 02-61); *Corkill* (No. 07-147); *Dvoranchik* (No. 07-231); *Donaldson* (No. 03-2875); *Dykstra* (No. 07-309); *Feldman* (No. 07-224); *Fillmore Equipment* (No. 07-341); *Fournier* (No. 06-933); *Martin* (No. 03-2272); *Northcutt* (No. 06-860); and, *Wycoff, Jr.* (No. 02-772).